U.S. DISTRICT COURT IN FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

INDIAN RIVER SCHOOL DISTRICT,

       Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,

       Defendant.

_____/

## **COMPLAINT**

The Plaintiff, INDIAN RIVER SCHOOL DISTRICT (hereinafter School District) sues the

Defendant, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

(hereinafter National Union) and says:

1.     This is an action for breach of contract in excess of $75,000.00 exclusive of costs,

interest and attorney's fees.

2.     The Plaintiff is a local governmental entity charged with educating the citizens of

Indian River County.

3.     The Defendant is a foreign insurance company licensed and doing business in the

State of Florida with its primary place of business being located within the State of New York

City, New York.

4.     This Court has jurisdiction pursuant to 28 U.S.C. §1332.

-1-

5.    At all times material hereto, the Defendant did issue to Plaintiff for a premium paid a School Leaders Risk Protection policy of insurance bearing policy number 02-681-63-88, a copy of which is attached hereto as Exhibit A.  This policy affords the Plaintiff insurance coverage (defense and indemnity) for employment discrimination claims made against the School District during the effective term of the policy.

6.    On January 24, 2011, a former School District employee, Jill Price, brought a charge of discrimination against the School Board before the EEOC.  Because the policy in question had a $25,000.00 deductible, the School Board retained counsel to respond to the charge, but inadvertently failed to notify the Defendant of same until December of 2012.  The Defendant has denied to defend or indemnify the School District in this cause.  See correspondence attached hereto as Exhibit B.

7.    Though the Plaintiff acknowledges that under Florida law (which is applicable in this cause) that there is a rebuttable presumption of prejudice in favor of the Defendant predicated upon a policy defense of untimely notice, the Plaintiff asserts that the Defendant has in fact sustained no *actual* prejudice.

8.    As in the past, the Plaintiff hired National Union pre-approved panel counsel to answer the discrimination charge and fully defend the Price discrimination claim.  There was nothing the Defendant could have or would have done which would have influenced, impacted or changed the defense or resolution of the Price charge.  Plaintiff contends that the Defendant has not been prejudiced and by failing to meet its obligations to defend and indemnity the Plaintiff in

this matter, Defendant has breached the insurance agreement entered into between the parties.

WHEREFORE, the Plaintiff, INDIAN RIVER SCHOOL DISTRICT, demands judgment against the Defendant, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, predicated upon its failure to comply with the contract of insurance, costs of this action, costs and attorneys fees incurred for the defense of the claim of Jill Price, attorneys fees for the bringing of this action, interest and all other relief deemed appropriate by the Court.

Plaintiff further demands trial by jury of all issues so triable.

Dated March 23, 2015.          Respectfully submitted,


/s/ KENNETH P. CARMAN

KENNETH P. CARMAN
Florida Bar No. 251623
E-mail: Kcarman@carmanbeauchamp.com
Secondary: Skahn@carmanbeauchamp.com
CARMAN, BEAUCHAMP, SANG & GONZALES, P.A.
1191 E. Newport Center Drive, Suite 107
Deerfield Beach, FL 33442
Telephone: (561) 393-6335
Facsimile: (754) 212-4810
Attorney for Plaintiff


H:\KEN\CLIENTS\PRICE\Pleadings\COMPLAINT.wpd

**POLICYHOLDER NOTICE**

Thank you for purchasing insurance from a member company of American International Group, Inc. (AIG). The AIG member companies generally pay compensation to brokers and independent agents, and may have paid compensation in connection with your policy. You can review and obtain information about the nature and range of compensation paid by AIG member companies to brokers and independent agents in the United States by visiting our website at www.aig.com/producercompensation or by calling 1-800-706-3102.

91222 (4/13)



PLAINTIFF'S EXHIBIT NO. *A*

National Union Fire Insurance Company of Pittsburgh, Pa.
600 Northpark Town Center
1200 Abernathy Road, N.E.
Atlanta, GA 30328-2594
770-671-2000



July 2, 2014

REGINA LUCENTE
EMPLOYERS MUTUAL, INC.
700 SE CENTRAL PKWY
STUART, FL 34994-3967

RE:  INDIAN RIVER, SCHOOL DISTRICT OF

Policy Number:   01-357-60-23

Dear REGINA:

We are sending you an amended Declarations page to replace the one attached to your
recently issued policy.   When the policy was issued, the Declarations page inadvertently
did not include a signature.  The revised Declarations page is  identical to the one that was
previously issued, except that it now contains the appropriate signature.

Please attach the revised Declarations to your policy.  We apologize for any inconvenience.

Congratulations on purchasing your employment practices liability insurance policy from AIG, one of the premier writers of commercial insurance. Your policy offers many outstanding features, including coverage for claims arising from violations of Title VII of the Civil Rights Act of 1964; the Americans with Disabilities Act (ADA); the Age Discrimination in Employment Act (ADEA); the Equal Pay Act of 1963 (EPA); and the Rehabilitation Act of 1973 (REHAB ACT).

As a AIG policyholder, you have the confidence of knowing that your claims will be handled by experienced claims professionals. In addition, our panel counsel is comprised of leaders in employment practices law throughout the country. The services of these law firms are available to you at preferred AIG rates.

Additionally, our package includes loss-control services included automatically for all eligible insureds through **EPL Pak**® **Premier**. This insurance offering features access to our online EPL Risk Manager located at www.EPLriskmanager.com , designed exclusively for AIG EPL insureds by the attorneys at Littler Mendelson, the nation's largest labor and employment law firm. This web link is exclusive to AIG EPL insurance policyholders and is available at no additional cost. To register, you can log into the site with your policy number. The site offers tools and resources including:

- Human Resources Form Library
- Sample Employee Handbooks
- Employment Law Email Alerts
- Employment Law Policies
- Hire & Fire Manual

- Employment Law Reference Manuals (5000 + pages)
- 50 State Analysis of Key Employment Laws
- Preventing Unlawful Harassment Guide
- Preventing Employment Class Actions Manual
- Discounts on Employment Law Training

All forms and materials may be downloaded and customized. To view a short video tour of the risk management products and services available, please visit: **http://eplriskmanager.com/take_tour.php.** As a AIG policyholder, you also receive ten free seats to Littler Mendelson's monthly webinar series on preventing harassment in the workplace and discounts on over 40 employment law training courses. For additional information on these services you may contact Brian McMillan at Littler Mendelson at bmcmillan@littler.com or visit www.littler.com.

To complement these offerings, we continue to offer our risk management solutions provided by Jackson Lewis, LLP, a premier employment law firm with offices throughout the United States, including:

- Unlimited Access to the Jackson Lewis Toll Free Risk Management Hotline: (866) 614-0744
- One hour legal consultation with a Jackson Lewis attorney on any topic
- Seminars on topical issues of employment law, recent litigation development, and training
- Email subscription to The Jackson Lewis Newsletter, which highlights employment practices developments and trends
- Email updates regarding significant legislative actions, judicial decisions, and other changes which may impact your business
- Access to a self-audit checklist and a pre-termination checklist, which will assist companies in identifying potential vulnerability to employment claims
- Attendance at CAAB 1825 sexual harassment training in California

To learn more, please contact Paul Siegel at siegelp@jacksonlewis.com, Wendy Mellk at mellkw@jacksonlewis.com or view a free demonstration of training at www.jacksonlewis.com , or under the online training section or at www.workplaceanswers.com

Your decision to purchase coverage through AIG has provided your organization with powerful advantages in managing your business. We thank you for choosing AIG and look forward to a continuing successful relationship. If you have any questions or would like additional information, please contact your broker, a AIG representative or email us at executiveliability@AIG.com.

AIG is the marketing name for the worldwide property-casualty and general insurance operations of AIG Property Casualty Inc. For additional information, please visit our website at http://www.aig.com . All products are written by insurance company subsidiaries or affiliates of AIG Property Casualty Inc. Coverage may not be available in all jurisdictions and is subject to actual policy language. Non-insurance products and services may be provided by independent third parties. Certain coverage may be provided by a surplus lines insurer. Surplus lines insurers do not generally participate in state guaranty funds and insureds are therefore not protected by such funds.





Financial Lines

# EPL Pak® Premier

## Employment Practices Training, Loss Prevention and Risk Management

Controlling employment practices liability exposures while keeping pace with employment litigation trends and regulatory changes is a major challenge for all employers. AIG gives its employment practices liability (EPL) policyholders a unique advantage with EPL Pak® Premier, industry-leading loss prevention offerings. The suite is a combination of training, loss control and risk management tools designed to help our clients manage employment practices risks. EPL Pak Premier's resources are exclusive to AIG, and provide our EPL policyholders with access to expertise and materials from two of the nation's foremost employment and labor law firms, Littler Mendelson, P.C. and Jackson Lewis LLP.

### Putting Experts By Your Side

EPL Pak Premier now includes instant access to www.eplriskmanager.com, which provides first-in-class risk management tools and resources from Littler Mendelson, a leading employment and labor law firm. Materials available include essentials to manage your workforce and reduce exposure to employment related liability including:

- **Handbooks and Policies:** Sample employee handbook and policies to help implement best employment practices, including supplemental information for all 50 states
- **Forms Library:** A library of commonly used human resource forms, which can be customized, to ease your administrative burden
- **Workforce Guides:** A hiring and firing guide to help employers mitigate the risks of these critical phases of the employment relationship and step-by-step guides to prevent harassment, including information to help address and resolve incidents and lessen potential liability
- **Legal Reference Materials:** Over 3,000 pages of employment law reference manuals providing insights on timely topics ranging from layoffs, downsizing, and furloughs, to workplace violence, discrimination, and employment class actions. Includes a state-by-state assessment of employment laws and regulations

EPL Pak Premier gives you access to expertise and resources from two of the nation's foremost employment and labor law firms, Littler Mendelson, P.C. and Jackson Lewis LLP.



Financial Lines

# EPL Pak® Premier

### State of the Art Enhancements

These state-of-the-art enhancements complement EPL Pak Premier's original package of risk management solutions from Jackson Lewis, LLP, which include:

- **Legal Consultation:** A one-hour legal consultation on human resources and employment law issues, such as how specific laws impact personnel decisions and potential exposure to liability
- **Liability Updates:** Access to the Jackson Lewis e-Newsletter and e-updates spotlighting important workplace law news and trends. Alerts on significant legislative actions, judicial decisions and other changes with potential impact on our insured's business
- **Checklists:** Self-audit and pre-termination checklists to help insureds identify vulnerabilities and safely navigate risky terrain
- **Special California State Training:** CA AB 1825 training, enabling companies with 50 or more employees in California to fulfill their mandate of providing sexual harassment training for supervisors every two years

EPL Pak Premier also includes Alternative Employment Dispute Resolution Programs from EDR Systems at preferred rates. EDR Systems will assist to resolve employee disputes internally and prevent time and money in litigation. The professionals at EDR Systems have more than 50 years of combined experience in human resource management, strategic planning, change management, and employee relations. They support a wide variety of businesses of all sizes, from national, multi-unit retail operations, to single-facility manufacturers, to professional firms.

---

To learn more about EPL Pak Premier services:

| E-mail: | Visit: | Contact: |
|---|---|---|
| FinancialLines@aig.com | www.aig.com | Your insurance broker |

 Bring on tomorrow

American International Group, Inc. (AIG) is a leading international insurance organization serving customers in more than 130 countries. AIG companies serve commercial, institutional, and individual customers through one of the most extensive worldwide property- casualty networks of any insurer. In addition, AIG companies are leading providers of life insurance and retirement services in the United States. AIG common stock is listed on the New York Stock Exchange and the Tokyo Stock Exchange.

Additional information about AIG can be found at www.aig.com | YouTube: www.youtube.com/aig | Twitter: @AIG_LatestNews | LinkedIn: www.linkedin.com/company/aig

AIG is the marketing name for the worldwide property-casualty, life and retirement, and general insurance operations of American International Group, Inc. For additional information, please visit our website at www.aig.com. All products and services are written or provided by subsidiaries or affiliates of American International Group, Inc. Products or services may not be available in all countries, and coverage is subject to actual policy language. Non-insurance products and services may be provided by independent third parties. Certain property-casualty coverages may be provided by a surplus lines insurer. Surplus lines insurers do not generally participate in state guaranty funds, and insureds are therefore not protected by such funds.



**National Union Fire Insurance Company of Pittsburgh, Pa.®**

A capital stock company

---

## SCHOOL LEADERS RISK PROTECTOR®
**Professional Liability and Management Liability Insurance for Schools**

**POLICY NUMBER:** *01-357-60-23*                **REPLACEMENT OF:** *03-582-24-98*

| NOTICE |
|---|
| THIS IS A CLAIMS-MADE AND REPORTED FORM. EXCEPT TO SUCH EXTENT AS MAY OTHERWISE BE PROVIDED HEREIN, THE COVERAGE OF THIS POLICY IS GENERALLY LIMITED TO LIABILITY FOR THOSE CLAIMS THAT ARE FIRST MADE AGAINST INSUREDS DURING THE POLICY PERIOD AND REPORTED TO THE INSURER AS THE POLICY REQUIRES. CLAIMS EXPENSES DO NOT REDUCE THE POLICY DAMAGES LIMIT OF LIABILITY. PLEASE READ THE POLICY CAREFULLY AND DISCUSS THE COVERAGE WITH YOUR INSURANCE AGENT OR BROKER TO DETERMINE WHAT IS AND WHAT IS NOT COVERED. |

*Terms appearing in **bold** type have special meanings. See the Definitions for more information.*

# DECLARATIONS

| ITEMS | | | |
|---|---|---|---|
| 1 | **NAMED SCHOOL ENTITY** | (the "**Named School Entity**") | *INDIAN RIVER, SCHOOL DISTRICT OF* |
| | | MAILING ADDRESS: | *1990 25TH STREET* *VERO BEACH, FL 32960-3395* |
| 2 | **POLICY PERIOD** | Inception Date: *July 1, 2014* | Expiration Date: *July 1, 2015* |
| | | 12:01 A.M. at the address stated in Item 1 above. | |
| 3 | **LIMIT OF LIABILITY** | | |
| | (a) **Policy Damages Limit of Liability:** | *$1,000,000* | (aggregate for **Damages**) |
| | (b) **Separate Limits of Liability:** | | |
| | 1. **IEP Hearing Limit of Liability:** | *$100,000* | (aggregate for **Claim Expenses**) |
| | 2. **Desegregation Limit of Liability:** | *$100,000* | (aggregate for **Claim Expenses**) |
| | 3. **Breach of Contract Limit of Liability:** | *$100,000* | (aggregate for **Claim Expenses**) |
| | 4. **Breach Of Fiduciary Duty Limit of Liability:** | *$25,000* | (aggregate for **Claim Expenses**) |
| 4 | **RETENTION/DEDUCTIBLE** | | |
| | (a) each **Wrongful Act:** | *$25,000* | |
| | (b) each **Employment Practices Violation:** | *$25,000* | |
| | (c) each **IEP Hearing:** | *$25,000* | |

*7052341*

© All rights reserved.

| ITEMS (continued) | | |
|---|---|---|
| 5 | TOTAL PREMIUM | *$65,669*<br>*+ $854 FL Surcharge* |
| | TRIA Premium: | *$444* |
| | 'TRIA Premium' means the premium for Certified Acts of Terrorism Coverage under Terrorism Risk Insurance Act 2002.  Amount indicated above is included in Premium. A copy of the TRIA disclosure sent with the original quote is attached hereto. | |
| 6 | (a) **Policy First Inception Date**: | *July 1, 1999* |
| | (b) **Expanded Coverage First Inception Date**: | *July 1, 2008* |
| 7 | **Expanded Coverage Retroactive Date**: | *July 1, 1999* |
| 8 | Name and Address of **Insurer** (for Notice/Claims Reporting):<br><br>**AIG, Financial Lines Claims**<br>P.O. Box 25947<br>Shawnee Mission, KS  66225<br>Reference: *01-357-60-23* | |
| | Producer:  *EMPLOYERS MUTUAL, INC.*<br>Producer License #:  *On File with Carrier*<br>Address:    *700 SE CENTRAL PKWY*<br>                  *STUART, FL 34994-3967* | |

IN WITNESS WHEREOF, the Insurer has caused this Policy to be signed by its President, Secretary and Authorized Representative. This Policy shall not be valid unless signed below at the time of issuance by an authorized representative of the insurer.

_____                                      _____
      PRESIDENT                                                          SECRETARY

_____
AUTHORIZED REPRESENTATIVE

_____    _____    _____
COUNTERSIGNATURE        DATE              COUNTERSIGNED AT

*7052341*

96924 (04/12)                                    2                          ℗ All rights reserved.

IN WITNESS WHEREOF, the Insurer has caused this Policy to be signed by its President, Secretary and Authorized Representative. This Policy shall not be valid unless signed below at the time of issuance by an authorized representative of the insurer.

_____                                    _____
PRESIDENT                                                                  SECRETARY

                         _____
                         AUTHORIZED REPRESENTATIVE

_____   _____   _____
COUNTERSIGNATURE        DATE         COUNTERSIGNED AT

*7052341*

96924 (12/07)

## POLICYHOLDER DISCLOSURE
## NOTICE OF TERRORISM INSURANCE COVERAGE
### (APPLICABLE TO CERTIFIED AND NON- CERTIFIED ACTS)

You are hereby notified that under the Terrorism Risk Insurance Act, as amended, that you have a right to purchase insurance coverage for losses resulting from acts of terrorism, as defined in Section 102(1) of the Act: The term "act of terrorism" means any act that is certified by the Secretary of the Treasury- in concurrence with the Secretary of State, and the Attorney General of the United States- to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

YOU SHOULD KNOW THAT WHERE COVERAGE IS PROVIDED BY THIS POLICY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM, SUCH LOSSES MAY BE PARTIALLY REIMBURSED BY THE UNITED STATES GOVERNMENT UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. HOWEVER, YOUR POLICY MAY CONTAIN OTHER EXCLUSIONS WHICH MIGHT AFFECT YOUR COVERAGE, SUCH AS AN EXCLUSION FOR NUCLEAR EVENTS. UNDER THE FORMULA, THE UNITED STATES GOVERNMENT GENERALLY REIMBURSES 85% OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE. THE PREMIUM CHARGED FOR THIS COVERAGE IS PROVIDED BELOW AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS THAT MAY BE COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

YOU SHOULD ALSO KNOW THAT THE TERRORISM RISK INSURANCE ACT, AS AMENDED, CONTAINS A $100 BILLION CAP THAT LIMITS U.S. GOVERNMENT REIMBURSEMENT AS WELL AS INSURERS' LIABILITY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM WHEN THE AMOUNT OF SUCH LOSSES IN ANY ONE CALENDAR YEAR EXCEEDS $100 BILLION. IF THE AGGREGATE INSURED LOSSES FOR ALL INSURERS EXCEED $100 BILLION, YOUR COVERAGE MAY BE REDUCED.

### COPY OF DISCLOSURE SENT WITH ORIGINAL QUOTE

Insured Name: *INDIAN RIVER, SCHOOL DISTRICT OF*

Policy Number: *01-357-60-23*
Policy Period Effective Date From: *July 1, 2014*       To: *July 1, 2015*

## FLORIDA ADDENDUM TO THE DECLARATIONS

If you have questions about your insurance policy, or questions about claims relating to your insurance policy, please contact your insurer at the following:

**AIG**
**175 Water Street**
**New York, NY 10038**
**(212) 458-5000**



**National Union Fire Insurance Company of Pittsburgh, Pa.** ®

A capital stock company

# SCHOOL LEADERS RISK PROTECTOR®

In consideration of the premium charged, and in reliance upon the material statements made to the **Insurer** by **Application**, which forms a part of this policy, the **Insurer** and the **Insured** agree as follows:

## 1. INSURING AGREEMENTS

With respect to Coverages A and B, solely with respect to any **Claim** first made against an **Insured** during the **Policy Period** or any applicable **Extended Reporting Period** and reported to the **Insurer** pursuant to the terms of this policy, including, but not limited to, the terms described in Clause 7(b)(1), and subject to the other terms, conditions and limitations of this policy, this policy affords the following coverage:

### COVERAGE A: LIABILITY FOR DAMAGES

The **Insurer** shall pay amounts, in excess of the applicable Retention, that an **Insured** is legally obligated to pay as **Damages** resulting from any **Claim** made against an **Insured** for any **Wrongful Act** of an **Insured.**

### COVERAGE B: DEFENSE OF INSUREDS

Solely with respect to any **Claim** made against an **Insured**, in excess of the applicable Retention, for any **Wrongful Act** of an **Insured**, the following applies:

(1) *The **Insurer's** Duty To Defend **Insureds***: The **Insurer** shall have the right and duty to defend any **Suit** against any **Insured**, even if such **Suit** is groundless, false or fraudulent.

(2) *The **Insurer's** Right To Settle **Claims***: The **Insurer** shall have the right, but not the duty, to settle any **Claim** against any **Insured**, with the **School Entity's** written consent, which consent shall not be unreasonably withheld.

(3) ***Claim Expenses** For **Suits***: The **Insurer** shall, in excess of the applicable Retention and in addition to the **Policy Damages Limit of Liability**, pay for **Claim Expenses**; provided, however, that the applicable **Separate Limit of Liability** shall apply to **Claim Expenses** for any: (i) **IEP Hearing**, (ii) **Desegregation Suit**; (iii) **Breach of Contract Suit** and/or (iv) **Breach of Fiduciary Duty Suit.**

(4) ***Claim Expenses** For Investigations*: The **Insurer** has the right, but not the duty, to investigate any **Claim** against any **Insured**. In the event the **Insurer** investigates a **Claim** or the **Insured** incurs **Claim Expenses** with the **Insurer's** prior written consent, the **Insurer** shall pay such **Claim Expenses**, in excess of the applicable Retention and in addition to the **Policy Damages Limit of Liability.**

(5) *The **School Entity's** Right To Settle*: The **School Entity** may settle any **Claim** or **Suit** to which this insurance applies provided that the **School Entity** does so: (i) on behalf of all **Insureds** with prejudice; and (ii) without incurring **Claim Expenses** and/or **Damages** in excess of the Retention.

(6) *When the **Insurer's** Duty To Defend Ends*:

No **Insured** may admit liability or settle any **Claim** or incur any cost or expense without the written consent of the **Insurer**. The **Insurer** shall not be obligated to pay any **Damages** or **Claim Expenses** or to undertake or continue defense of any **Claim** after an **Insured** refuses to consent to any settlement recommended by the **Insurer** and acceptable to the claimant, and the liability of the **Insurer** after such refusal shall not exceed the amount for which the **Claim** could have been settled, plus **Claim Expenses** incurred with the **Insurer's** consent up to the date of such refusal.

 © All rights reserved.

The **Insurer** shall not be obligated to pay any **Damages** or **Claim Expenses** or to undertake or continue defense of any **Claim** after the **Policy Damages Limit of Liability** has been exhausted by payment of **Damages** or after deposit of the applicable limit of the **Insurer's** liability in a court of competent jurisdiction, and in such case the **Insurer** shall have the right to withdraw from the further defense thereof by tendering control of said defense to the **Insured**.

2. **DEFINITIONS**

(a) **Application** means each and every signed application, any attachments to such applications, other materials submitted therewith or incorporated therein and any other documents submitted in connection with the underwriting of this policy or the underwriting of any other School Leaders Errors and Omissions (or equivalent) policy issued by the **Insurer**, or any of its affiliates, of which this policy is a renewal, replacement or which it succeeds in time.

(b) **Bodily Injury** means physical injury, sickness or disease (other than emotional distress or mental anguish), including death resulting therefrom.

(c) **Claim** means:

(1) a written or oral demand for money, services, non-monetary relief or injunctive relief;
(2) an administrative proceeding that is not defined as a **Suit**; or
(3) a **Suit**.

(d) **Claim Expenses** means reasonable and necessary:

(1) fees and disbursements charged by an attorney appointed or approved in writing by the **Insurer**;
(2) other fees, costs and expenses incurred in the defense of a **Suit** or the investigation of a **Claim** in accordance with Coverages B(3) and B(4),

incurred either by the **Insurer** or by the **Insured** with the **Insurer's** written consent. **Claim Expenses** shall also include premiums for any appeal bond on a covered judgment, attachment bond, or similar bond but without any obligation to apply for or furnish any such bond, resulting from the investigation, adjustment, defense, and appeal of a **Claim** against any **Insured**; provided, however, that **Claim Expenses** shall not include **Insured's** compensation.

(e) **Damages** means any amount that an **Insured** shall be legally required to pay because of judgments or for settlements; provided that **Damages** shall not include: (1) any amounts for which the **Insured** is not financially liable or for which there is no legal recourse against the **Insured**; (2) the cost and expenses of complying with an injunction or other form of equitable relief including, but not limited to, complying with the Americans with Disabilities Act (hereinafter referred to as "ADA") or any liability or costs incurred by any **Insured** to modify any building or property in order to make said building or property more accessible or accommodating to any disabled person; (3) the reimbursement of tuition, books, transportation expenses and other fees associated with educational activities; (4) any liability or costs incurred in connection with any educational, sensitivity, or other training program, policy or seminar relating to a **Claim** alleging discrimination or other **Employment Practices Violation**; (5) any amount that an **Insured** shall be required to pay pursuant to an **IEP Hearing** award, other than prevailing party fees; (6) employment-related benefits, stock options, perquisites, deferred compensation or any other type of compensation other than salary, wages or bonus compensation in a settlement or judgment for an **Employment Practice Violation**; or (7) matters that may be deemed uninsurable under the law pursuant to which this policy shall be construed.

**Damages** also means with respect to a covered judgment:

(1) punitive, exemplary and multiple damages (where insurable by law);

                                    © All rights reserved.

(2) front pay and back pay;

(3) pre-judgment interest; and

(4) post-judgment interest that accrues after entry of judgment and before the **Insurer** has paid, offered to pay or deposited in court that covered part of the judgment within the applicable limit of liability.

(f) **Domestic Partner** means any natural person legally recognized as a domestic or civil union partner under: (1) the provisions of any applicable federal, state, or local law; or (2) the provisions of any formal program established by the **School Entity**.

(g) **EEOC Proceeding** means an Equal Employment Opportunity Commission (or similar state, local or foreign agency) proceeding commenced after the **Expanded Coverage First Inception Date** by the filing of a notice of charges, service of complaint or similar document of which notice has been given to an **Insured**.

(h) **Employee** means any past, present or future employee of the **School Entity**, including any full-time, part-time, seasonal and temporary employee or volunteer of the **School Entity**. An individual who is leased to the **School Entity** and any other individual who is contracted to perform work for the **School Entity**, or who is an independent contractor for the **School Entity** shall also be an **Employee**, but only if the **School Entity** provides or is required to provide indemnification to such individual, in the same manner as that provided to the **School Entity's** employees, pursuant to a written contract signed prior to such individual's commission of a **Wrongful Act**.

(i) **Employment Practices Violation(s)** means any actual or alleged:

(1) wrongful dismissal, discharge or termination (either actual or constructive) of employment, including breach of an implied contract;

(2) harassment (including sexual harassment whether "quid pro quo," hostile work environment or otherwise);

(3) discrimination (including, but not limited to, discrimination based upon age, gender, race, color, national origin, religion, sexual orientation or preference, pregnancy or disability);

(4) **Retaliation**;

(5) employment-related misrepresentation(s) to an **Employee** or applicant for employment with the **School Entity**;

(6) wrongful failure to employ or promote;

(7) wrongful deprivation of career opportunity with the **School Entity**, wrongful demotion or negligent **Employee** evaluation, including the giving of negative or defamatory statements in connection with an **Employee** reference to a prospective employer;

(8) wrongful discipline;

(9) failure to grant tenure;

(10) failure to provide or enforce adequate or consistent policies and procedure relating to any **Employment Practices Violation**; or

(11) employment-related libel, slander, humiliation, or defamation; or

(12) violation of an individual's civil rights relating to any of the above;

but only if the **Employment Practices Violation** relates to an **Employee** or applicant for employment with the **School Entity** whether direct, indirect, intentional or unintentional.

                                  © All rights reserved.

(j) **Expanded Coverage** means coverage for: (1) the defense of **EEOC Proceedings, IEP Hearings** and/or arbitrations, including **Claim Expenses** resulting therefrom, and (2) **Damages** resulting from **EEOC Proceedings** and/or arbitrations.

(k) **Expanded Coverage First Inception Date** means the date set forth in Item 6(b) of the Declarations.

(l) **Expanded Coverage Retroactive Date** means the date set forth in Item 7 of the Declarations.

(m) **Extended Reporting Period** means whichever **Extended Reporting Period** described in Clause 9, if any, is applicable.

(n) **Failure(s) of Security** means:

(1) the actual failure and inability of the security of the **School Entity's** computer system to mitigate loss from or prevent a computer attack; or

(2) physical theft of hardware or firmware controlled by the **School Entity** (or components thereof) on which electronic data is stored, by a person other than an **Insured**, from a premises occupied and controlled by the **School Entity.**

(o) **Fixed Works** includes audiovisual works, copies, literary works, motion pictures, phonorecords, pictorial, graphic and sculptural works, sound recordings, works of visual art, lesson plans, or course packs.

(p) **Fungus(i)** includes, but is not limited to, any of the plants or organisms belonging to the major group Fungi, lacking chlorophyll, and including **Molds**, rusts, mildews, smuts, and mushrooms.

(q) **IEP** means an individual education plan to address the special educational needs of a student with disabilities that is developed by the: (1) **School Entity**; and (2) parent(s) or guardian(s) of a student.

(r) **IEP Hearing** means a due process hearing: (1) conducted by an impartial officer; (2) arranged at the request of a parent(s) or guardian(s); and (3) regarding an **IEP.**

(s) **Insured** means: (1) the **School Entity**; (2) the Board of Education of the **School Entity** or other governing board or body of the **School Entity**, including the Board of Regents, Board of Trustees or Board of Directors; and (3) any **Individual Insured.**

(t) **Individual Insured** means any past, present or future duly elected or appointed director, officer, trustee, trustee emeritus, executive director, department head, member of the Board of Regents, member of the Board of Education, staff, faculty, student teacher, student intern or faculty member (salaried or non-salaried) of the **School Entity**, any **Employee**, or any **Outside Entity Executive.** Coverage will automatically apply to all new persons who become **Individual Insureds** after the inception date of this policy.

(u) **Insurer** means the insurer named in the Declarations.

(v) **Mold(s)** includes, but is not limited to, any superficial growth produced on damp or decaying organic matter or on living organisms, and **Fungi** that produce **Molds.**

(w) **Named School Entity** means the school, school district, college, university, or other academic entity stated in Item 1 of the Declarations.

(x) **Non-Employment Discrimination** means any actual or alleged harassment or unlawful discrimination, as described in subparagraphs 2(i)(2) and 2(i)(3) of the definition of **Employment Practices Violation**, or the violation of the civil rights of a person relating to such harassment or discrimination, when such acts are alleged to be committed against anyone other than an **Individual Insured** or applicant for employment with the **School Entity**, including, but not limited to, students and parents.

                      ⊕ All rights reserved.

(y) **Outside Entity Executive** means any director, trustee, trustee emeritus or governor (or equivalent position) of the **School Entity**, who is or was acting at the specific request or direction of the **School Entity** as a director, trustee, trustee emeritus or governor (or equivalent position) in an **Outside Entity**. It is understood and agreed that, in the event of a disagreement between the **School Entity** and an individual as to whether such individual was acting "at the specific request or direction of the **School Entity,**" this policy shall abide by the determination of the **School Entity** on this issue and such determination shall be made by written notice to the **Insurer** within ninety (90) days after the **Claim** is first reported to the **Insurer** pursuant to the terms of the policy. In the event no determination is made within such period, this policy shall apply as if the **School Entity** determined that such **Individual Insured** was not acting at the **School Entity's** specific request or direction.

(z) **Outside Entity** means any non-profit corporation, community chest, fund or foundation that is not included in the definition of **School Entity** and that is exempt from federal income tax as an organization described in Section 501(c)(3) of the Internal Revenue Code of 1986, as amended.

(aa) **Policy Damages Limit of Liability** means the aggregate limit of liability for **Damages** set forth as such in Item 3(a) of the Declarations.

(bb) **Policy First Inception Date** means the date set forth in Item 6(a) of the Declarations.

(cc) **Policy Period** means the period from the effective date of this policy to the expiration date or earlier cancellation date of this policy.

(dd) **Pollutants** means, but is not limited to, any solid, liquid, gaseous, biological, radiological or thermal irritant or contaminant, including smoke, vapor, asbestos, dust, fibers, **mold**, **spores**, **fungi**, germs, lead, soot, fumes, acids, alkalis, chemicals and Waste. "Waste" includes, but is not limited to, materials to be recycled, reconditioned or reclaimed.

(ee) **Private Information** means any confidential or personally identifiable information.

(ff) **Property Damage** means damage to, or destruction of tangible or intangible property, including the loss of use thereof, or the loss of use of tangible or intangible property which has not been damaged or destroyed.

(gg) **Retaliation** means a retaliatory act of an **Insured** alleged to be in response to any of the following activities: (1) the disclosure or threat of disclosure by an **Employee** to a superior or to any governmental agency of any act by an **Insured** which is alleged to be a violation of any federal, state, local or foreign law, common or statutory, or any rule or regulation promulgated thereunder; (2) the actual or attempted exercise by an **Employee** of any right that such **Employee** has under law, including rights under worker's compensation laws, the Family and Medical Leave Act, the ADA or any other law relating to employee rights; (3) the filing of any claim under the Federal False Claims Act or any other federal, state, local or foreign "whistle-blower" law; or (4) **Employee** strikes.

(hh) **Related Wrongful Act** means a **Wrongful Act** which is the same, related or continuous, or **Wrongful Act** which arises from a common nucleus of facts. **Claims** can allege **Related Wrongful Acts** regardless of whether such **Claims** involve the same or different claimants, **Insureds** or legal causes of action.

(ii) **School Entity** means: (1) the **Named School Entity**; and (2) any **Subsidiary** thereof.

(jj) **Separate Limit of Liability** means any limit of liability set forth in Item 3(b) of the Declarations.

(kk) **Spore(s)** means any dormant or reproductive body produced by or arising or emanating out of any **Fungus(i)**, **Mold(s)**, mildew, plants, organisms or microorganisms.

                                          �️ All rights reserved.

(ll) **Subsidiary** means:

    (1) any organization of which, on or before the inception date of the **Policy Period**, the **Named School Entity** owns more than fifty percent (50%) of the voting interest, either directly, or indirectly through one or more of its **Subsidiaries**, or has, on or before the inception of the **Policy Period**, the right to elect or appoint more than fifty percent (50%) of the voting directors, or trustees, either directly or indirectly through one or more of its **Subsidiaries**;

    (2) automatically any not-for-profit organization which becomes a **Subsidiary** during the **Policy Period** and of which the book value of such entity's assets determined in accordance with Generally Accepted Accounting Principles ("GAAP") totals less than 30% of the similarly calculated assets of the **Named School Entity** as of the inception date of the **Policy Period**; or

    (3) any for-profit organization which becomes a **Subsidiary** during the **Policy Period** and of which the book value of such entity's assets determined in accordance with "GAAP" totals less than 20% of the similarly calculated assets of the **Named School Entity** as of the inception date of the **Policy Period**.

With regard to subparagraphs (2) and (3) above, the **Named School Entity** shall provide the **Insurer** with full particulars of the **Subsidiary** before the end of the **Policy Period**.

Any organization which becomes a **Subsidiary** during the **Policy Period**, but which exceeds the asset limitations stated in subparagraphs (2) or (3) above, shall be provided coverage under this policy, but only upon the condition that within 90 days after the date of its becoming a **Subsidiary**, the **Named School Entity** shall have provided the **Insurer** with full particulars of the new **Subsidiary** and agreed to any additional premium or amendment of the provisions of this policy required by the **Insurer** relating to such new **Subsidiary**. Further, the coverage as shall be afforded to the new **Subsidiary** is conditioned upon the **Named School Entity** paying when due any additional premium required by the **Insurer** relating to such new **Subsidiary**.

An organization becomes a **Subsidiary** when the **Named School Entity** owns more than fifty percent (50%) of the voting interest, either directly, or indirectly through one or more of its **Subsidiaries**, or has, on or before the inception date of the **Policy Period**, the right to elect or appoint more than fifty percent (50%) of the voting directors, or trustees, either directly or indirectly through one or more of its **Subsidiaries**.

In all events, such coverage as is afforded under this policy with respect to a **Claim** made against any **Subsidiary**, or any **Individual Insured** of a **Subsidiary**, shall only apply for **Wrongful Acts** committed or allegedly committed after the effective time that such **Subsidiary** became a **Subsidiary** and prior to the time that such **Subsidiary** ceased to be a **Subsidiary**.

(mm) **Suit** means:

    (1) a civil proceeding for monetary, non-monetary or injunctive relief that is commenced by service of a complaint or similar pleading;

    (2) an arbitration proceeding in which **Damages** are alleged and to which an **Insured** must submit or does submit with the **Insurer's** prior written consent;

    (3) an **EEOC Proceeding**; or

    (4) an **IEP Hearing**.

In no event shall "**Suit**" include any labor or grievance proceeding which is subject to a collective bargaining agreement.

(nn) **Vicarious liability** means liability attributed to the **School Entity** for any actual or alleged breach of duty, neglect, error, misstatement, misleading statement, omission, **Employment Practices Violation** or **Non-Employment Discrimination** by any independent contractor

© All rights reserved.

or leased employee that is not an **Individual Insured.**

(oo) **Wrongful Act** means:

(1) with respect to **Individual Insureds**, other than **Outside Entity Executives**, any actual or alleged breach of duty, neglect, error, misstatement, misleading statement, omission, **Employment Practices Violation** or **Non-Employment Discrimination** by such **Insureds** in his or her respective capacities as such, or any matter claimed against such **Individual Insured** solely by reason of his or her status as any of the capacities listed in the Definition of **Individual Insured** of the **School Entity;**

(2) with respect to the **School Entity**, the Board of Education of the **School Entity**, or other governing board or body of the **School Entity**, including the Board of Regents, Board of Trustees or Board of Directors, (i) any actual or alleged breach of duty, neglect, error, misstatement, misleading statement, omission, **Employment Practices Violation** or **Non-Employment Discrimination** by or on behalf of the **School Entity** or the Board of Education of the **School Entity**, or other governing board or body of the **School Entity** in the performance of duties; or (ii) any **Vicarious Liability**.

(3) with respect to **Outside Entity Executives**, any actual or alleged breach of duty, neglect, error, misstatement, misleading statement, or omission, in his or her capacity as such or any matter claimed against such **Outside Entity Executive** solely by reason of his or her status as such.

provided, however, that:

(1) **Wrongful Act** shall not mean and this policy shall not cover any actual or alleged breach of duty, neglect, error, or omission that results in: (a) a **Failure of Security** or (b) wrongful disclosure of **Private Information;** and

(2) with respect to any **EEOC Proceeding, IEP Hearing** or arbitration made against an **Insured** that has not progressed into a **Suit** as defined in paragraph 2.mm(1), **Wrongful Act** shall not mean any actual or alleged breach of duty, neglect, error, misstatement, misleading statement, omission, **Employment Practices Violation** or **Non-Employment Discrimination** committed, omitted or occurring prior to the **Expanded Coverage Retroactive Date.**

## 3. SPOUSAL, DOMESTIC PARTNER AND LEGAL REPRESENTATIVE COVERAGE EXTENSION

Subject otherwise to the terms hereof, the policy shall cover **Claims** made against the estates, heirs, or legal representatives of deceased **Individual Insureds**, and the legal representatives of **Individual Insureds** in the event of an **Individual Insured's** incompetency, insolvency or bankruptcy, who were **Individual Insureds** at the time the **Wrongful Acts** upon which such **Claims** are based were committed.

Subject otherwise to the terms hereof, this policy shall cover **Claims** made against the lawful spouse or **Domestic Partner** of an **Individual Insured** for all **Claims** arising solely out of his or her status as the spouse or **Domestic Partner** of an **Individual Insured**, including a **Claim** that seeks damages recoverable from marital community property, property jointly held by the **Individual Insured** and the spouse or **Domestic Partner**, or property transferred from the **Individual Insured** to the spouse or **Domestic Partner**; provided, however, that this extension shall not afford coverage for any **Claim** for any **Wrongful Act** of the spouse or **Domestic Partner**, but shall apply only to **Claims** arising out of the **Wrongful Acts** of an **Individual Insured**, subject to the policy's terms, conditions and exclusions.

## 4. EXCLUSIONS

This policy does not cover any **Claim:**

(a) alleging, arising out of or resulting, directly or indirectly, from any (1) dishonest, fraudulent, criminal or malicious act or omission, or (2) intentional or knowing violation of the law, or (3) profit, remuneration or pecuniary advantage to which an **Insured** was not

                    ® All rights reserved.

legally entitled (the foregoing referenced in sub-paragraphs 4(a)(1), 4(a)(2) and 4(a)(3) shall be referred to as "**Excluded Conduct**"); provided, however, that: (i) the **Insurer** will defend a **Suit** alleging both (1) any of the **Excluded Conduct** and (2) **Wrongful Act(s)** not otherwise excluded until there is a judgment against or final adjudication against any **Insured** with respect to the **Excluded Conduct**, at which time the **Insured** must defend the **Suit** at its own expense and shall reimburse the **Insurer** for **Claim Expenses**; provided, however, that the **Insurer** will not defend such **Suits** if they allege any **Excluded Conduct** that has been the subject of any criminal proceeding in which an **Insured** has been found guilty, or pleaded nolo contendere or no contest;

For the purpose of determining the applicability of the foregoing exclusion 4(a), the **Wrongful Act** of an **Individual Insured** shall not be imputed to any other **Individual Insured** and only facts pertaining to and knowledge possessed by any past, present or future trustees, officers, or directors of the **School Entity**, or members of the Board of Regents or Board of Education of the **School Entity**, shall be imputed to the **School Entity**;

(b) alleging, arising out of or resulting, directly or indirectly, from (1) false arrest, detention or imprisonment, (2) libel, slander or defamation of character, (3) assault or battery, (4) malicious prosecution or abuse of process, (5) wrongful entry or eviction, or invasion of any right of privacy, or (6) any allegation relating to the foregoing exclusions in subparagraphs (1) through (5) that an **Insured** negligently employed, investigated, supervised or retained any person, or based on an alleged practice, custom or policy and including, without limitation, any allegation that the violation of a civil right caused or resulted from such **Damages** or **Claim**; provided, however, subparagraphs (1) and (2) shall not apply to any **Claim** alleging an **Employment Practices Violation** or any liability attributed to the **School Entity** by an **Individual Insured** employed as a security officer;

(c) alleging, arising out of or resulting, directly or indirectly, from (1) **Bodily Injury** (2) **Property Damage**, or (3) any allegation relating to the foregoing exclusions in subparagraphs (1) and (2) that an **Insured** negligently employed, investigated, supervised or retained a person, or based on an alleged practice, custom or policy and including, without limitation, any allegation that the violation of a civil right caused or resulted from such **Damages** or **Claim**;

(d) alleging, arising out of or resulting, directly or indirectly, from alleged (1) sexual molestation or (2) sexual abuse including any alleged direct sexual activity or (3) any allegation relating to the foregoing exclusions in subparagraphs (1) and (2) that an **Insured** negligently employed, investigated, supervised or retained a person, or based on an alleged practice, custom or policy and including, without limitation, any allegation that the violation of a civil right caused or resulted from such **Damages** or **Claim**;

(e) alleging, arising out of or resulting, directly or indirectly, from the failure to effect or maintain any insurance or bond, which shall include, but not be limited to, insurance provided by self-insurance arrangements, pools, self-insurance trusts, captive insurance companies, retention groups, reciprocal exchanges or any other plan or agreement of risk transfer or assumption (the foregoing shall be referred to as "**Failure to Maintain Insurance**"); provided, however, the **Insurer** will defend a **Suit** alleging **Failure to Maintain Insurance** until there is a judgment against, final adjudication against, adverse finding of fact against, or adverse admission by, any **Insured**, with respect to the **Failure to Maintain Insurance**;

(f) alleging, arising out of or resulting, directly or indirectly, from any misappropriation of trade secret or infringement of patent, copyright, trademark, trade dress or any other intellectual property right;

(g) alleging, arising out of or resulting, directly or indirectly, from (1) the publication, in a

8                         © All rights reserved.

digital or digitized format, of **Fixed Works**; or (2) infringement upon any actual or alleged right to control: (i) the creation of compilations of any **Fixed Work**; or (ii) publication of component parts of **Fixed Work**, including individual compositions from an album or compact disk or a combination of compositions consisting of some, but not all, of the original **Fixed Work**;

(h) alleging, arising out of or resulting, directly or indirectly, from:

    (1) the actual, alleged or threatened discharge, dispersal, release or escape of **Pollutants**; or

    (2) any direction or request to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize **Pollutants**;

(i) alleging, arising out of or resulting, directly or indirectly, from a breach of fiduciary duty, responsibility or obligation in connection with any employee benefit or pension plan, or to any amount due under any fringe benefit or retirement program (the foregoing shall be referred to as "**Breach of Fiduciary Duty**"); provided, however, the **Insurer** will defend a **Suit** alleging both: (1) a **Breach of Fiduciary Duty**; and (2) **Wrongful Act(s)** not otherwise excluded until one of the following occurs: (i) there is a judgment against, final adjudication against, adverse finding of fact against, or adverse admission by, any **Insured**, with respect to the **Breach of Fiduciary Duty**; or (ii) **Claim Expenses** up to the amount stated in Item 3(b)(4) of the Declarations ("**Breach of Fiduciary Duty Limit of Liability**"), at which time the **Insureds** must defend the **Suit** at their own expense;

(j) brought by, or on behalf of:
    (1) one **Insured** against another **Insured**;
    (2) any entity that is owned, managed or operated, directly or indirectly, in whole or in part, by the **School Entity**;
    (3) any parent company, subsidiary, director, officer, partner, trustee, successor or assignee of the **School Entity**, or anyone affiliated with the **School Entity** through common majority ownership or control;
provided, however, this exclusion shall not apply to any **Claim**: (1) alleging an **Employment Practices Violation** brought by or on behalf of any **Individual Insured**; or (2) brought by an **Individual Insured** in the form of a cross-claim or third-party claim for contribution or indemnity which is part of, and results directly from a **Claim** that is covered by this policy;

(k) alleging, arising out of or resulting, directly or indirectly, from the failure to integrate or desegregate the student enrollment or participation in any **School Entity** (the foregoing shall be referred to as "**Desegregation**"); provided, however, the **Insurer** will defend a **Suit** alleging both: (1) **Desegregation**; and (2) **Wrongful Act(s)** not otherwise excluded until one of the following occurs: (i) there is a judgment against, final adjudication against, adverse finding of fact against, or adverse admission by, any **Insured**, with respect to the **Desegregation**; or (ii) **Claim Expenses** up to the amount stated in Item 3(b)(2) of the Declarations ("**Desegregation Limit of Liability**"), at which time the **Insureds** must defend the **Suit** at their own expense;

(l) alleging, arising out of or resulting, directly or indirectly, from any liability or obligation under any express contract or agreement or out of any breach of contract; provided, however: (1) this exclusion does not apply to: (i) any liability or obligation an **Insured** would have in the absence of such contract or agreement; or (ii) **Claim Expenses** for express, written employment contracts; and (2) the **Insurer** will defend a **Suit** alleging breach of contract until one of the following occurs: (i) there is a judgment against, final adjudication against, adverse finding of fact against, or adverse admission by, any **Insured**, with respect to the breach of contract or (ii) **Claim Expenses** up to the amount stated in Item 3(b)(3) of the Declarations ("**Breach of Contract Limit of Liability**"), at

 © All rights reserved.

which time the **Insured** must defend the **Suit** at its own expense;

(m) alleging, arising out of or resulting, directly or indirectly, from, as of the **Policy First Inception Date**, any pending or prior: (1) **Claim**, demand, **Suit**, arbitration, mediation or litigation; or (2) administrative, bankruptcy or regulatory proceeding or investigation, of which any **Insured** had notice, or alleging or derived from the same or essentially the same facts as alleged in such pending or prior **Claim**, demand, **Suit**, arbitration, mediation or litigation or administrative, bankruptcy or regulatory proceeding or investigation;

(n) alleging, arising out of or resulting, directly or indirectly, from the facts alleged, or to the same **Wrongful Act** or **Related Wrongful Act** alleged or contained, in any **Claim** which has been reported, or in any circumstances of which notice has been given under any policy of which this policy is a renewal or replacement or which it may succeed in time;

(o) alleging, arising out of or resulting, directly or indirectly, from any **Wrongful Act**, circumstance or event committed, omitted or occurring prior to the **Policy First Inception Date**, if on or before the **Policy First Inception Date** any **Insured** knew or could have reasonably foreseen that such **Wrongful Act**, circumstance or event could lead to a **Claim**;

(p) for any **Wrongful Act** arising out of an **Individual Insured** serving as an **Outside Entity Executive**, if such **Claim** is brought by the **Outside Entity** or by any director, officer, trustee, trustee emeritus or governor thereof; or

(q) alleging, arising out of or resulting, directly or indirectly, from any:

(1) purchase, sale, offer of or solicitation of an offer to purchase or sell securities, or violation of any securities law, including provisions of the Securities Act of 1933, or the Securities Exchange Act of 1934, as amended;

(2) violation of the Organized Crime Control Act of 1970 (commonly known as "Racketeer Influenced And Corrupt Organizations Act" or "RICO"), as amended;

(3) antitrust violations, restraint of trade, or unfair competition, or violations of the Sherman Act, the Clayton Act or the Robinson-Patman Act, as amended;

(4) regulation promulgated under the foregoing laws; or

(5) any federal, state, local or foreign laws (a) similar to the foregoing laws (including "Blue Sky" laws) or (b) regulating the same or similar conduct or services, whether such law is statutory, regulatory or common law;

(r) alleging, arising out of or resulting, directly or indirectly, from, as of the **Expanded Coverage First Inception Date**, any pending or prior: (1) **EEOC Proceeding, IEP Hearing** or arbitration, of which any **Insured** had notice, or alleging or derived from the same or essentially the same facts as alleged in such pending or prior **EEOC Proceeding, IEP Hearing** or arbitration; provided, however, that this exclusion shall not apply to a pending or prior **EEOC Proceeding, IEP Hearing** or arbitration that progresses to a **Suit** as defined in 2.mm(1) and is reported to the **Insurer** as required in Clause 7;

(s) alleging, arising out of or resulting, directly or indirectly, from any obligation pursuant to any workers' compensation, disability benefits, unemployment compensation, unemployment insurance, retirement benefits, social security benefits or similar law; provided, however, this exclusion shall not apply to a **Claim** for **Retaliation**; or

(t) alleging, arising out of or resulting, directly or indirectly, from violation(s) of any of the responsibilities, obligations or duties imposed by the Fair Labor Standards Act (except the Equal Pay Act), the National Labor Relations Act, the Worker Adjustment and Retraining Notification Act, the Consolidated Omnibus Budget Reconciliation Act, the Occupational Safety and Health Act, any rules or regulations of the foregoing promulgated thereunder and amendments thereto or any similar federal, state, local or foreign statutory law or common law;

It is acknowledged that **Claims** for violation(s) of any of the responsibilities,

© All rights reserved.

obligations or duties imposed by "similar federal, state, local or foreign statutory law or common law," as such quoted language is used in the immediately-preceding paragraph, include, without limitation any and all **Claims** which in whole or in part allege, arise out of, are based upon, are attributable to, or are in any way related to any of the circumstances described in any of the following:

   (1) the refusal, failure or inability of any **Insured(s)** to pay wages or overtime pay (or amounts representing such wages or overtime pay) for services rendered or time spent in connection with work related activities (as opposed to tort-based back pay or front pay damages for torts other than conversion);

   (2) improper deductions from pay taken by any **Insured(s)** from any **Employee(s)** or purported employee(s); or

   (3) failure to provide or enforce legally required meal or rest break periods;

Notwithstanding the foregoing, this exclusion shall not apply to the extent that a **Claim** is for **Retaliation**.

## 5. POLICY DAMAGES LIMIT OF LIABILITY; SEPARATE LIMIT OF LIABILITY

The **Insurer's** total liability for all **Damages**, in the aggregate, regardless of the number of persons, occurrences, **Claims** or entities covered by this policy, or claimants or **Claims** brought against any **Insured**, shall not exceed the **Policy Damages Limit of Liability**.

**Claims Expenses** do not reduce the **Policy Damages Limit of Liability**. Each **Separate Limit of Liability** shall be in addition to, and not part of, the **Policy Damages Limit of Liability** or any other **Separate Limit of Liability**.

The **Insurer's** total liability for **Claim Expenses** arising from any and all **IEP Hearings** shall not exceed the **IEP Hearing Limit of Liability**.

The **Insurer's** total liability for **Claim Expenses** arising from any and all **Desegregation** shall not exceed the **Desegregation Limit of Liability**.

The **Insurer's** total liability for **Claim Expenses** arising from any and all **Breach of Contract** shall not exceed the **Breach of Contract Limit of Liability**.

The **Insurer's** total liability for **Claim Expenses** arising from any and all **Breach of Fiduciary Duty** shall not exceed the **Breach of Fiduciary Duty Limit of Liability**.

The inclusion herein of more than one **Insured** shall not increase the **Policy Damages Limit of Liability** or the applicable **Separate Limit of Liability** (if any) of the **Insurer**. Further, a **Claim** that is made subsequent to the **Policy Period** or **Extended Reporting Period** (if applicable), which pursuant to Clause 7(b) is considered made during the **Policy Period** or **Extended Reporting Period**, shall also be subject to the **Policy Damages Limit of Liability** and applicable **Separate Limit of Liability** (if any).

If additional **Claims** are subsequently made which arise out of the same **Wrongful Act** or **Related Wrongful Act(s)**, then all such **Claims**, whenever made, shall be considered first made within the **Policy Period** or the **Extended Reporting Period** in which the earliest **Claim** arising out of such **Wrongful Act** or **Related Wrongful Act(s)** was first made and reported to the **Insurer**, and all such **Claims** shall be subject to one such **Policy Damages Limit of Liability**.

## 6. RETENTION/DEDUCTIBLE

Subject to the **Policy Damages Limit of Liability**, exclusions and other terms of this policy, the **Insurer** shall only be liable for those **Damages** and **Claim Expenses** that are in excess of the Retention amounts stated in Item 4 of the Declarations.

In the event a **Claim**, other than a **Claim** that is made as an **IEP Hearing** and progresses to a **Suit** as defined in paragraph 2.mm(1), triggers more than one Retention amount, then, as to

                © All rights reserved.

that **Claim**, the highest of such Retention amounts shall be deemed the Retention amount applicable to **Claim Expenses** and/or **Damages** arising from such **Claim**.

In the event a **Claim** is made as an **IEP Hearing** and progresses to a **Suit** as defined in paragraph 2.mm(1),, then, as to that **Claim** the greater of either the **IEP Hearing** Retention, as stated in Item 4(c) of the Declarations or the **Wrongful Act** Retention, as stated in Item 4(a) of the Declarations, shall be deemed the Retention amount applicable to **Claim Expenses** and/or **Damages** arising from such **Claim**.

The Retention shall apply to each **Wrongful Act** or **Related Wrongful Acts** and shall be borne by the **School Entity** and remain uninsured. The **Insurer** may direct the **School Entity** to make partial or full payment of the Retention to others.

## 7. NOTICE / CLAIM REPORTING PROVISIONS

(a) Notice hereunder shall be given in writing to the addressee and at the address identified in Item 8 of the Declarations. Notice shall include and reference this policy number as indicated in the Declarations. If mailed, the date of mailing shall constitute the date that such notice was given and proof of mailing shall be sufficient proof of notice. If mailed, the date of mailing shall constitute the date that such notice was given and proof of mailing shall be sufficient proof of notice.

(b) For all coverage under this policy:

    (1) before coverage will apply, notice in writing of a **Claim** made against an **Insured** must be given to the **Insurer** as soon as practicable either:

        (a) during the **Policy Period** or any applicable **Extended Reporting Period**; or

        (b) within thirty (30) days after the end of the **Policy Period**, as long as such **Claim** is reported no later than thirty (30) days after the **Claim** was first made against an **Insured** provided that renewal or replacement coverage for the next succeeding **policy period** has been purchased from the **Insurer** (the "**Post Policy Reporting Period**");

    (2) if notice pursuant to Subparagraph 7(b)(1) above has been given to the **Insurer**, then any **Claim** which is subsequently made against an **Insured** and reported to the **Insurer** alleging, arising out of, based upon or attributable to the facts alleged in the **Claim** for which such notice has been given, or alleging any **Wrongful Act** which is the same as or a **Related Wrongful Act** to that alleged in the **Claim** of which such notice has been given, shall be considered related to the first **Claim** and made at the time such notice was given; and

    (3) if during the **Policy Period** or during an applicable **Extended Reporting Period** an **Insured** shall become aware of any circumstances which may reasonably be expected to give rise to a **Claim** being made against an **Insured** for a **Wrongful Act** that occurs prior to the end of the **Policy Period**, and, during the **Policy Period** or any applicable **Extended Reporting Period** written notice is given to the **Insurer** of (i) such circumstances, (ii) the **Wrongful Act** allegations that are anticipated, and (iii) the reasons for anticipating such a **Claim**, with full particulars as to dates, persons and entities involved, then any **Claim** that is subsequently made against an **Insured** arising out of such **Wrongful Act**, or the same **Wrongful Act** or **Related Wrongful Acts**, shall be treated as a **Claim** made against such **Insured** and reported to the **Insurer** at the time such notice of such circumstances was given.

## 8. WHAT INSURED MUST DO IN THE EVENT OF A CLAIM

(a) In addition to providing notice as required in this policy, the **Insured** must also:

    (1) send the **Insurer** copies of all demands, suit papers, other legal documents and

© All rights reserved.

invoices for **Claim Expenses** received by such **Insured**, as soon as practicable;

(2) immediately record the specifics of any **Claim** and the date such **Insured** first received such **Claim**;

(3) upon the **Insurer's** request, furnish to the **Insurer** any and all documentation within the possession of the **Insured**; and

(4) give to the **Insurer**, and to any counsel the **Insurer** selects to represent an **Insured** in connection with a **Claim**, full cooperation and such information as the **Insurer** or the counsel may require, including, but not limited to, assisting the **Insurer** or the counsel in: (i) any investigation of a **Claim**, or other matter relating to the coverage afforded under this policy (including submission to an examination by the **Insurer** or the **Insurer's** designee, under oath if required by the **Insurer**); (ii) making settlements; (iii) enforcing any legal rights any **Insured** or the **Insurer** may have against any person or entity who may be liable to an **Insured**; (iv) attending depositions, hearings and trials; (v) securing and giving evidence, and obtaining the attendance of witnesses; and (vi) any inspection or survey conducted by the **Insurer**.

## 9. EXTENDED REPORTING PERIOD

(a) *Automatic Extended Reporting Period:* If the **Insurer** or the **Named School Entity** shall cancel or refuse to renew this policy and the **Named School Entity** does not obtain replacement coverage as of the effective date of such cancellation or non-renewal, the **Named School Entity** shall have the right to a period of sixty (60) days following the effective date of such cancellation or non-renewal (the **"Automatic Extended Reporting Period"**) in which to give written notice to the **Insurer** of any **Claim** made against the **Insured** during said sixty (60) day period for any **Wrongful Act** committed before the end of the **Policy Period**. This **Automatic Extended Reporting Period** shall immediately expire upon the purchase of replacement coverage by the **School Entity**.

(b) *Optional Extended Reporting Period*: If the **Insurer** or the **Named School Entity** shall cancel or refuse to renew this policy, the **Named School Entity** shall have the right to a period of up to three (3) years following the effective date of such cancellation or nonrenewal (an **"Extended Reporting Period"**), upon payment of an additional premium amount:

(1) for a one (1) year **Extended Reporting Period**, up to one hundred percent (100%) of the annualized policy premium,

(2) for a two (2) year **Extended Reporting Period**, up to one hundred and fifty percent (150%) of the annualized policy premium, or

(3) for a three (3) year **Extended Reporting Period**, up to two hundred percent (200%) of the annualized policy premium,

in which to give written notice to the **Insurer** of any **Claim** made against the **Insured** during said **Extended Reporting Period** and solely with respect to a **Wrongful Act** committed prior to the end of the **Policy Period** and otherwise covered by this policy. This right shall terminate, however, unless written notice of such election together with the additional premium due is received by the **Insurer** within thirty (30) days after the effective date of cancellation or non-renewal. This clause and the rights contained herein shall not apply to any cancellation resulting from non-payment of premium. If the **Named School Entity** exercises its right to purchase an **Extended Reporting Period**, that period incepts at the end of the **Policy Period** and there shall be no **Automatic Extended Reporting Period**.

As used herein, the term "annualized policy premium" means the premium set forth in Item 5 of the Declarations plus any additional premium charged in connection with any additional coverage added by endorsement.

## 10. CANCELLATION CLAUSE

This policy may be cancelled by the **Named School Entity** by surrender of this policy or by

© All rights reserved.

giving written notice to the **Insurer** stating when thereafter such cancellation shall be effective. This policy may also be cancelled by the **Insurer** by delivering to the **Named School Entity** or by mailing to the **Named School Entity** by registered, certified, or other first class mail, at the address shown in Item 1 of the Declarations, written notice stating when, not less than thirty (30) days thereafter, the cancellation shall be effective. However, if the **Insurer** cancels this policy because the **Named School Entity** has failed to pay a premium when due by mailing written notice of cancellation to the **Named School Entity** by registered, certified, or other first class mail, at the address shown in Item 1 of the Declarations, written notice stating when, not less than ten (10) days thereafter, the cancellation shall be effective. The mailing of such notice as aforesaid shall be sufficient proof of notice and this policy shall terminate at the date and hour specified in such notice.

If this policy shall be cancelled by the **School Entity**, the **Insurer** shall retain the customary short rate proportion of the premium hereon. If this policy shall be cancelled by the **Insurer**, the **Insurer** shall retain the pro rata proportion of the premium hereon. Payment or tender of any unearned premium by the **Insurer** shall not be a condition precedent to the effectiveness of cancellation, but such payment shall be made as soon as practicable.

If the period of limitation relating to the giving of notice is prohibited or made void by any law controlling the construction thereof, such period shall be deemed to be amended so as to be equal to the minimum period of limitation permitted by such law.

## 11. REIMBURSEMENT OF THE INSURER

If the **Insurer** has paid any **Damages** in excess of the **Policy Damages Limit of Liability** or **Damages** and/or **Claim Expenses** in excess of any applicable **Separate Limit of Liability** or within the applicable Retention, the **School Entity** shall be liable to the **Insurer** for any and all such amounts and, upon demand, shall pay such amounts to the **Insurer**.

## 12. SUBROGATION

In the event of any payment under this policy, the **Insurer** shall be subrogated to the **Insured's** rights of recovery therefore against any person or organization, and the **Insured** shall execute and deliver all instruments and papers and do whatever else is necessary to secure such rights for the **Insurer**. The **Insured** shall do nothing to prejudice such rights. Any amount recovered in excess of the **Insurer's** total payment shall be restored to the **Insured**, less the cost to the **Insurer** of recovery.

## 13. OTHER INSURANCE

Such insurance as is provided under this policy shall apply only as excess over any other valid and collectible insurance, self insurance, or indemnification or any similar agreement, whether such other insurance or agreement is stated to be primary, pro rata, contributory, excess, contingent or otherwise.

In the event of a **Claim** against an **Insured** arising out of his or her service as an **Outside Entity Executive**, or a **Claim** against an **Insured** for the **Insured's** liability with respect to a leased **Employee** as described in the definition of "**Employee**," coverage as is afforded by this policy shall be specifically excess of indemnification provided by such **Outside Entity** or such leasing company and any insurance provided to such **Outside Entity** or such leasing company.

Further, in the event other insurance is provided to an **Outside Entity** or leasing company referenced in the above paragraph by the **Insurer** or any member company of AIG Property Casualty Inc. (AIG) (or would be provided but for the application of the retention amount, exhaustion of the **Policy Damages Limit of Liability** or failure to submit a notice of a **Claim**) then the **Insurer's** maximum aggregate **Policy Damages Limit of Liability** for all Losses combined in connection with a **Claim** covered, in part or in whole, by this policy and such other insurance policy issued by AIG, shall not exceed the greater of the **Policy Damages Limit of**

**Liability** or any applicable **Separate Limit of Liability** of this policy or the limit of liability of such other AIG insurance policy.

### 14. NOTICE AND AUTHORITY

By the acceptance of this policy, the **Named School Entity** agrees to act on behalf of all **Insureds** with respect to the giving of notice of **Claim**, the giving or receiving of notice of cancellation or non renewal, the payment of premiums and the receiving of any premiums that may become due under this policy. All **Insureds** agree that the **Named School Entity** shall act on their behalf.

### 15. ACTION AGAINST THE INSURER

No action shall lie against the **Insurer** unless, as a condition precedent thereto, the **Insured** shall have fully complied with all the terms of this policy, nor until the amount of the obligation of the **Insured** to pay shall have been finally determined either by judgment against the **Insured** after actual trial or by written agreement of the **Insured**, the claimant and the **Insurer**.

Any **Insured** or the legal representative thereof who has secured such judgment or written agreement shall thereafter be entitled to recover under this policy to the extent of the insurance afforded by this policy. No **Insured** shall have any right under this policy to join the **Insurer** as a party to any action against other **Insureds** or the **School Entity** to determine the **Insureds'** liability, nor shall the **Insurer** be impleaded by the **Insureds** or the **School Entity** or their legal representatives. Bankruptcy or insolvency of the **Insured** or the estate of the **Insured** shall not relieve the **Insurer** of any obligation hereunder.

### 16. POLICY TERRITORY

Unless prohibited by law, this policy applies to **Wrongful Acts** committed anywhere in the world provided the **Claim** is made in the United States of America, its territories or possessions, or Canada.

### 17. ALTERNATIVE DISPUTE RESOLUTION PROCESS

It is hereby understood and agreed that all disputes or differences which may arise under or in connection with this policy, whether arising before or after termination of this policy, including any determination of the amount of **Damages** and **Claim Expenses**, must first be submitted to the non-binding mediation process as set forth in this Clause.

The non-binding mediation will be administered by any mediation facility to which the **Insurer** and the **Named School Entity** mutually agree, in which all implicated **Insureds** and **Insurer** shall try in good faith to settle the dispute by mediation in accordance with the American Arbitration Association's ("AAA") then-prevailing Commercial Mediation Rules. The parties shall mutually agree on the selection of a mediator. The mediator shall have knowledge of the legal, corporate management, or insurance issues relevant to the matters in dispute. The mediator shall also give due consideration to the general principles of the law of the state indicated in Item 1 of the Declarations as the mailing address for the **Named School Entity** in the construction or interpretation of the provisions of this policy. In the event that such non-binding mediation does not result in a settlement of the subject dispute or difference:

(a) either party shall have the right to commence a judicial proceeding; or

(b) either party shall have the right, with all other parties consent, to commence an arbitration proceeding with the AAA that will be submitted to an arbitration panel of three (3) arbitrators as follows: (i) the **Insured** shall select one (1) arbitrator; (ii) the **Insurer** shall select one (1) arbitrator; and (iii) said arbitrators shall mutually agree upon the selection of the third arbitrator. The arbitration shall be conducted in accordance with the AAA's then prevailing Commercial Arbitration Rules.

          Ⓟ All rights reserved.

provided, however, that no such judicial or arbitration proceeding shall be commenced until at least 90 days after the date the non-binding mediation shall be deemed concluded or terminated. Each party shall share equally the expenses of the non-binding mediation.

The non-binding mediation may be commenced in New York, New York; Atlanta, Georgia; Chicago, Illinois; Denver, Colorado; or in the state indicated in Item 1 of the Declarations as the mailing address for the **Named School Entity**. The **Named School Entity** shall act on behalf of each and every **Insured** in connection with any non-binding mediation under this Clause, the selection of arbitration or judicial proceeding and/or the selection of mediators or arbitrators.

## 18. HEADINGS

The descriptions in the headings of this policy are solely for convenience, and form no part of the terms and conditions of coverage.

© All rights reserved.

ENDORSEMENT# *1*

This endorsement, effective at *12:01 am   July 1, 2014*          forms a part of
Policy No. *01-357-60-23*
Issued to: *INDIAN RIVER, SCHOOL DISTRICT OF*

By: *National Union Fire Insurance Company of Pittsburgh, Pa.*

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ECONOMIC SANCTIONS ENDORSEMENT

*This endorsement modifies insurance provided under the following:*

The Insurer shall not be deemed to provide cover and the Insurer shall not be liable to pay any claim or provide any benefit hereunder to the extent that the provision of such cover, payment of such claim or provision of such benefit would expose the Insurer, its parent company or its ultimate controlling entity to any sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanctions, laws or regulations of the European Union or the United States of America.

_____
AUTHORIZED REPRESENTATIVE

© All rights reserved.
*END 001*
Page 1 of 1

89644 (6/13)

ENDORSEMENT# *2*

This endorsement, effective *12:01 am*    *July 1, 2014*                forms a part of
policy number  *01-357-60-23*
issued to *INDIAN RIVER, SCHOOL DISTRICT OF*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**AMENDATORY ENDORSEMENT**

**FLORIDA**

This endorsement modifies insurance provided under the following:

**School Leaders Risk Protector**<sup>(SM)</sup>

The policy is amended as follows:

Clause 2. **DEFINITIONS**, paragraph (e), **Damages**, is modified to the extent necessary to provide the following:

> Punitive, exemplary and multiplied damages are only insurable to the extent (1) such damages are insurable under the law of any jurisdiction other than Florida that has a substantial relationship to the **Named School Entity**, the **Claim**, the **Insurer**, or this policy and is most favorable to the insurability of such damages and (2) that this policy is construed by a court of competent jurisdiction, or an arbitration panel, pursuant to the laws of any jurisdiction other than Florida.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_Robert M Vell_
_____
AUTHORIZED REPRESENTATIVE

© All rights reserved.
*END 002*

**ENDORSEMENT# *3***

This endorsement, effective *12:01 am    July 1, 2014*          forms a part of
policy number   *01-357-60-23*
issued to *INDIAN RIVER, SCHOOL DISTRICT OF*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

### FLORIDA CANCELLATION/NONRENEWAL ENDORSEMENT

Wherever used in this endorsement: 1) "we", "us", "our", and "Insurer" mean the insurance company which issued this policy, and 2) "you", "your", "named Insured" and "Insured" mean the Named Corporation, Named Organization, Named Sponsor, Named Insured, or Insured stated in the declarations page; and 3) "Other Insured(s)" means all other persons or entities afforded coverage under the policy.

It is hereby agreed and understood that the cancellation provision of this policy is to be deleted in its entirety and to be replaced with the following:

A.     The Insured shown in the Declarations may cancel this policy by mailing or delivering to the Insurer advance written notice of cancellation.

B.1.   Cancellation for Policies in Effect Ninety (90) Days or Less

If this policy has been in effect ninety (90) days or less the Insurer may cancel this policy by mailing or delivering to the Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

(a)    Ten (10) days before the effective date of cancellation if the Insurer cancels for nonpayment of premium; or

(b)    Twenty (20) days before the effective date of cancellation if the Insurer cancels for any other reason, except the Insurer may cancel immediately if there has been:

1.     A material misstatement or misrepresentation; or
2.     A failure to comply with underwriting requirements established by the Insurer.

B.2.   Cancellation for Policies in Effect for More Than Ninety (90) Days

If this policy has been in effect for more than ninety (90) days the Insurer may cancel this policy only for one or more of the following reasons:

(a)    Nonpayment of premium;

(b)    The policy was obtained by a material misstatement;

(c)    There has been a failure to comply with underwriting requirements established by us within ninety (90) days of the date of effectuation of coverage;

© All rights reserved.

### END 003

76105(5/10)                              1

**ENDORSEMENT# *3***   (continued)

(d)    There has been a substantial change in the risk covered by the policy; or

(e)    The cancellation is for all insureds under such policies for a given class of insureds.

If the Insurer cancels this policy for any of these reasons, the Insurer will mail or deliver to the Named Insured written notice of cancellation, accompanied by the reasons for the cancellation at least:

1.    Ten (10) days before the effective date of cancellation if cancellation is for the reason stated in B2(a) above; or

2.    Forty-five (45) days before the effective date of cancellation if cancellation is for the reasons stated in B2 (b), (c), (d) or (e) above.

B.3.    If this policy is cancelled, the Insurer will send the Named Insured any premium refund due. If the Insurer cancels, the refund will be pro rata. If the Named Insured cancels, the refund may be less than pro rata, however, such refund will not be less than 90% of the pro rata unearned premium. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect.

The following is added:

C.1.    Non-Renewal

(a)    If the Insurer decides not to renew this policy the Insurer will mail or deliver to the Insured written notice of nonrenewal, accompanied by the reason for nonrenewal, at least forty-five (45) days prior to the expiration of this policy.

(b)    Any notice of nonrenewal will be mailed or delivered to the Insured's last mailing address known to the Insurer.  If notice is mailed, proof of mailing will be sufficient proof of notice.

C.2.    Renewal

The Insurer shall give the named insured at least forty-five (45) days advance written notice of the renewal premium.

**ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS OF THE POLICY REMAIN THE SAME.**

_____

AUTHORIZED REPRESENTATIVE

© All rights reserved.

*END 003*

76105(5/10)                      2

**ENDORSEMENT# *4***

This endorsement, effective *12:01 am    July 1, 2014*              forms a part of
policy number  *01-357-60-23*
issued to *INDIAN RIVER, SCHOOL DISTRICT OF*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

### CORPORAL PUNISHMENT ENDORSEMENT

In consideration of the premium charged, it is hereby understood and agreed that in
Clause 4. **EXCLUSIONS**, paragraph (c) is deleted in their entirety and replaced with the
following:

    (c)    alleging, arising out of or resulting, directly or indirectly, from (1) **Bodily Injury**
(2) **Property Damage**, or (3) any allegation relating to the foregoing exclusions
in subparagraphs (1) and (2) that an **Insured** negligently employed,
investigated, supervised or retained a person, or based on an alleged practice,
custom or policy and including, without limitation, any allegation that the
violation of a civil right caused or resulted from such **Damages** or **Claim**;
provided, however, that with respect to any **Claim** alleging corporal
punishment only, the **Insured** will be reimbursed for the reasonable amount
which would have been payable under Coverage B. if such **Claim** results in a
finding of no liability for the alleged corporal punishment.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_____
AUTHORIZED REPRESENTATIVE

⊕ All rights reserved.
*END 004*

ENDORSEMENT# 5

This endorsement, effective 12:01 am     July 1, 2014          forms a part of
policy number   01-357-60-23
issued to INDIAN RIVER, SCHOOL DISTRICT OF

by     National Union Fire Insurance Company of Pittsburgh, Pa.

## CHOICE OF COUNSEL ENDORSEMENT

In consideration of the premium charged, it is hereby understood and agreed as follows:

A.   With regard to any **Claim** for which the **Insured** seeks coverage, the initial choice of counsel (hereafter referred to as "Chosen Counsel") shall be made by the **Insured** from the list of firms in the Schedule below at an agreed hourly rate of no more than *$185*  per partner, *$145* per associate and *$70* per paralegal;   provided, however, that (i) any and all fees, costs, charges and billings of Chosen Counsel shall be paid and satisfied on an ongoing basis by the **Insured**  until all applicable Retention amounts have been satisfied; and (ii) to the extent that services are billed at  a rate that exceed the agreed hourly rates stated above, the excess over such agreed rates shall not be covered as **Claim Expenses** and shall not erode the applicable Retention.

B.   With regard to any **Claim** for which the **Insured** seeks coverage, the **Insured** agrees that as a condition precedent to coverage for **Claim Expenses** through Chosen Counsel in excess of the applicable Retention amount hereunder, the **Insured** or Chosen Counsel must keep the **Insurer** apprised of the status of the litigation, in accordance with the **Insurer's** Litigation Management Program for Casualty and Professional Liability Cases (the "Guidelines"). The **Insured** and Chosen Counsel also understand, agree and acknowledge, that for any services rendered by and expenses through Chosen Counsel to constitute **Claims Expenses**, Chosen Counsel must comply with all other applicable provisions of the **Insurer's** current Guidelines. Responsibility for ensuring that the Guidelines are adhered to rests with the **Insured** rather than the **Insurer** or Chosen Counsel. The **Insurer's** Guidelines are attached to the policy as an Addendum hereto and it forms a part of this policy. The **Insured** understands and agrees with the **Insurer** that the Guidelines contain reasonable and necessary reporting and billing procedures to be followed by Chosen Counsel, including, but not limited to:

   1.   development of a litigation plan and litigation budget;
   2.   acceptable rates for services;
   3.   pre-approval by the **Insurer** before designated legal services are provided; and
   4.   the **Insurer's** required format for submitting fees and charges to the **Insurer**.

The Guidelines also require that Chosen Counsel work closely and communicate regularly with the assigned claims professional in coordinating defense efforts and that Chosen Counsel apprise the **Insurer** on a regular and timely basis as to significant case developments.

C.   In the event that Chosen Counsel is unable to represent the **Insured** due to: (1) a venue or jurisdictional issue; (2) an actual conflict of interest; or (3) other circumstances in which the use of other counsel is both reasonable and necessary, the **Insurer** and the **Insured** shall consult and jointly agree upon such other counsel who will defend the **Insured** in such matter.  If the **Insurer** is unable to agree with

© All rights reserved.
*END 005*

**ENDORSEMENT#** *5*     (continued)

the **Insured** upon selection of defense counsel, the **Insurer** shall select defense counsel.

D.     Solely with respect to a **Claim** that is commenced as or becomes either a class action or multiple-plaintiff litigation, and notwithstanding any provision of this endorsement to the contrary, the **Insurer** may reject or remove Chosen Counsel and select defense counsel for such **Claim**.

E.     Fees, costs, charges and billings incurred through any law firm or other service provider, other than Chosen Counsel or a firm that the **Insurer** consented to or selected, shall not be recoverable under this policy as **Claim Expenses** or otherwise.

F.     The **Insured** shall not admit or assume any liability, enter into any settlement agreement, stipulate to any judgment or incur any **Claim Expenses** without the **Insurer's** prior written consent.  Only those settlements, stipulated judgments and **Claim Expenses** which the **Insurer** has consented to shall be recoverable under the terms of this policy.

**SCHEDULE OF CHOSEN COUNSEL**
*ALLEN SANG*
*CARMAN BEAUCHAMP SANG*
*1850 LEE ROAD*
*WINTER PARK, FL 32789*
*(407) 622-7888*


*WILLIAMS LEININGER & COSBY*
*50 E. OCEAN BLVD, #203*
*STUAT, FL 34994*
*(772) 463-8402*

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_____
AUTHORIZED REPRESENTATIVE

© All rights reserved.
**END 005**

100526 (10/08)                                    Page 2 of 2

## ENDORSEMENT# *6*

This endorsement, effective *12:01 am    July 1, 2014*         forms a part of
policy number  *01-357-60-23*
issued to *INDIAN RIVER, SCHOOL DISTRICT OF*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

### NOTICE OF CLAIM
### (REPORTING BY E-MAIL)

In consideration of the premium charged, it is hereby understood and agreed as follows:

1.  *Email Reporting of Claims*: In addition to the postal address set forth for any Notice of Claim Reporting under this policy, such notice may also be given in writing pursuant to the policy's other terms and conditions to the Insurer by email at the following email address:

    c-claim@AIG.com

    Your email must reference the policy number for this policy. The date of the Insurer's receipt of the emailed notice shall constitute the date of notice.

    In addition to Notice of Claim Reporting via email, notice may also be given to the Insurer by mailing such notice to: AIG, Financial Lines Claims, P.O. Box 25947, Shawnee Mission, KS 66225 or faxing such notice to (866) 227-1750.

2.  *Definitions*: For this endorsement only, the following definitions shall apply:

    (a)  "Insurer" means the "Insurer," "Underwriter" or "Company" or other name specifically ascribed in this policy as the insurance company or underwriter for this policy.

    (b)  "Notice of Claim Reporting" means "notice of claim/circumstance," "notice of loss" or other reference in the policy designated for reporting of claims, loss or occurrences or situations that may give rise or result in loss under this policy.

    (c)  "Policy" means the policy, bond or other insurance product to which this endorsement is attached.

3.  This endorsement does not apply to any Kidnap & Ransom/Extortion Coverage Section, if any, provided by this policy.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_____
AUTHORIZED REPRESENTATIVE

© All rights reserved.
**END 006**

**ENDORSEMENT#** *7*

This endorsement, effective *12:01 am      July 1, 2014*          forms a part of
policy number  *01-357-60-23*
issued to *INDIAN RIVER, SCHOOL DISTRICT OF*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

## CANCELLATION AMENDATORY
### (RETURN PRO RATA)

Wherever used herein: (1) "Policy" means the policy or bond to which this endorsement or rider is made part of; (2) "Insurer" means the "Insurer," "Underwriter," "Company" or other name specifically ascribed in this Policy as the insurance company or underwriter for this Policy; (3) "Named Entity" means the "Named Entity," "Named Corporation," Named Organization," "Named Sponsor," "Named Insured," "First Named Insured," "Insured's Representative," "Policyholder" or equivalent term stated in Item 1 of the Declarations; and (4) "Period" means the "Policy Period," "Bond Period" or equivalent term stated in the Declarations.

In consideration of the premium charged, it is hereby understood and agreed that notwithstanding anything to the contrary in any CANCELLATION or TERMINATION clause of this Policy (and any endorsement or rider amending such cancellation or termination clause, including but not limited to any state cancellation/non-renewal amendatory attached to this policy), if this Policy shall be canceled by the Named Entity, the Insurer shall return to the Named Entity the unearned pro rata proportion of the premium as of the effective date of cancellation.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_____
AUTHORIZED REPRESENTATIVE

◎ All rights reserved.
*END 007*
Page 1 of 1

101036 (4/09)

This endorsement, effective *12:01 am     July 1, 2014*          forms a part of
policy number  *01-357-60-23*
issued to   *INDIAN RIVER, SCHOOL DISTRICT OF*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

### CRISISFUND COVERAGE ENDORSEMENT

In consideration of the premium charged, and in reliance upon the statements in the application(s) attached hereto and made a part of the policy, the policy is amended as follows:

### ENDORSEMENT SCHEDULE

**Item 1.        Sublimit of Liability:         $ 25,000**

1       Unless otherwise set forth herein, the terms, conditions and exclusions contained in this endorsement shall apply only to the coverage afforded under this endorsement. Capitalized terms appearing herein have the meaning(s) provided for such terms in this endorsement or, if not defined in this endorsement, the meaning provided in the policy.

2.      Solely with respect to the coverage afforded under this endorsement, Clause 1, " **INSURING AGREEMENTS**" is deleted in its entirety and replaced with the following:

**1.      INSURING AGREEMENTS**

**COVERAGE CF-A:   CRISISFUND COVERAGE**

Solely with respect to a **CrisisFund Event** first occurring during the **Policy Period** and reported to the **Insurer** pursuant to the terms of this policy, including, but not limited to, the terms described in Clause 7(b)(1), and subject to the other terms, conditions and limitations of this policy, this policy affords the following coverage:

**CRISISFUND INSURING AGREEMENT**

The **Insurer** shall pay all **Crisis Event-Related Loss** that the **School Entity** incurs solely as a result of a **CrisisFund Event**.

3.      Solely with respect to the coverage afforded under this endorsement, Clause 2, " **DEFINITIONS**" is amended by appending the following definitions to the end thereof:

CF(a)  " **Crisis Event-Related Loss**" means the following reasonable expenses necessitated by or in connection with a **School Entity's** response to a **CrisisFund Event**, and incurred by a **School Entity** during a **CrisisFund Event**, within ninety (90) days prior to and in anticipation of a **CrisisFund Event**, and/or within one year of the end of a **CrisisFund Event** for:

(1)     a public relations firm, crisis management firm or law firm agreed to by the **Insurer** to advise the **School Entity** on minimizing the harm to such **School Entity**, including, but not limited to, maintaining and restoring public confidence in such **School Entity**;

**ENDORSEMENT# 8**     (Continued)

This endorsement, effective *12:01 am*     *July 1, 2014*          forms a part of
policy number   *01-357-60-23*
issued to    *INDIAN RIVER, SCHOOL DISTRICT OF*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

    (2)    printing, advertising, mailing of materials intended to inform or educate the general public about the **CrisisFund Event**; or

    (3)    travel;

provided, however, **Crisis Event-Related Loss** shall not include compensation, fees, benefits, overhead or internal charges of any **Insured**.

CF(b)  " **CrisisFund Event**" means any of the following:

    (1)    **Management Crisis:** The death, incapacity or criminal indictment of any duly elected or appointed director, officer, trustee, trustee emeritus or executive director or any **Employee** on whom the **School Entity** maintains key person life insurance.

    (2)    **Downsizing or Employee Layoffs:** The public announcement of the closing of any academic department or school or layoffs of **Employees** of the **School Entity**.

    (3)    **School Violence:** The public announcement that an **Employee, Individual Insured** or student of the **School Entity** was the victim of a violent crime while on the premises of the **School Entity**.

    (4)    **Child Abduction:** The public announcement that a child was abducted or kidnapped while under the care or supervision of the **School Entity**.

    (5)    **Contribution Revocation:** The withdrawal or return of a non-governmental grant, contribution or bequest in excess of $500,000.

    (6)    **Publicity Event:** The publication of materially unfavorable information in a newspaper (or other general circulation) or on a radio or television news report regarding an **Insured** that can reasonably be considered to lessen public confidence in the competence, integrity or viability of the **School Entity**.

CF(c)  " **Sublimit of Liability**" means the Sublimit of Liability stated in Item 1 of the Endorsement Schedule.

4.    Solely with respect to the coverage that is afforded under this endorsement, Clause 4, " **EXCLUSIONS**" is deleted in its entirety and replaced with the following:

**4.**    **EXCLUSIONS**

The **Insurer** shall not be liable to make any payment for **Crisis Event-Related Loss**:

*END 8*

ENDORSEMENT# 8   (Continued)

This endorsement, effective *12:01 am    July 1, 2014*         forms a part of
policy number   *01-357-60-23*
issued to   *INDIAN RIVER, SCHOOL DISTRICT OF*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

CF(a)  alleging, arising  out of,  based upon or  attributable to  any dishonest,
fraudulent, criminal or malicious  act, error or omission,  or any intentional  or
knowing violation of the law, if committed by any of the  **School Entity's**:

(1)    past or  present  trustees,  directors  or  members  of  the Board  of
Regents of the **School  Entity**, or members  of the Board  of Education
of the **School  Entity**, whether acting  alone or in  collusion with other
persons; or

(2)    **Employees** (other than  those set forth  in subparagraph (1)  above) or
independent contractors employed  by  the  **School Entity**  if  any  of
those referenced in subparagraph  (1) above participated in,  approved
of, acquiesced to, or knew or had reason  to know prior to the act of,
the dishonest, fraudulent, malicious,  or criminal act committed  by
such **Employee** or independent contractor that caused a  direct loss to
the **School Entity** or any other person.

CF(b)  alleging, arising  out of,  based upon  or attributable  to any **CrisisFund  Event**
related to (1)  any pending or  prior litigation  as of the  **Policy First  Inception
Date** for this CrisisFund Coverage Endorsement, or (2) any related **CrisisFund
Events**, which arise  from a common  nucleus of  facts or legal  causes of
action, which has  been reported,  or in  any circumstances  of which  notice
has been  given, under  any policy of  which the  coverage  afforded by  this
Endorsement is a renewal or replacement or which it may succeed in time.

CF(c)  alleging, arising out  of, based upon  or attributable  to any (1) presence of
**Pollutants**; (2) the actual  or threatened discharge, dispersal,  release or
escape of **Pollutants**; or (3) direction or request to test for, monitor, clean up,
remove, contain, treat, detoxify or neutralize pollutants, or in  any  way
respond to or assess the effects of **Pollutants**.

5.    Solely with respect  to the coverage  afforded under this  endorsement, Clause 5,  "
**POLICY DAMAGES LIMIT OF LIABILITY; SEPARATE LIMIT OF LIABILITY** ," is hereby
amended by appending the following to the end thereof:

CF-A. **CRISISFUND SUBLIMIT OF LIABILITY**

The total liability of the **Insurer** for all **Crisis Event-Related Loss** of the **School
Entity** during the  **Policy Period** and  during the **Extended  Reporting Period**, if
applicable, shall not exceed the **Sublimit of Liability**.  The **Sublimit of Liability**
shall be part of and not in addition to the **Policy Damages Limit of Liability**.

**ENDORSEMENT# 8** *(Continued)*

This endorsement, effective *12:01 am*    *July 1, 2014*            forms a part of
policy number  *01-357-60-23*
issued to   *INDIAN RIVER, SCHOOL DISTRICT OF*

by   *National Union Fire Insurance Company of Pittsburgh, Pa.*

6.   Solely with respect to the coverage afforded under this endorsement, Clause 6, "**RETENTION/DEDUCTIBLE**", is deleted in its entirety and replaced with the following:

CF-A. **NO RETENTION/DEDUCTIBLE FOR CRISISFUND COVERAGE**

There shall be no Retention applicable to **COVERAGE CF-A: CRISISFUND COVERAGE** of this endorsement and the **Insurer** shall pay **Crisis Event-Related Loss** from the first dollar subject to all other terms and conditions of this endorsement and the policy.

7.   Solely with respect to the coverage that is afforded under this endorsement, Clause 13, "**OTHER INSURANCE**" is hereby amended by appending the following to the end thereof:

**OTHER CRISISFUND INSURANCE**

In the event that an **Insured** has purchased another insurance policy from the **Insurer** providing similar coverage that is afforded under **COVERAGE CF-A: CRISISFUND COVERAGE** of this endorsement, then the highest applicable limit of insurance for such coverage among this policy and such other policies shall apply, and in all circumstances, the **Insurer's** maximum liability for such coverage shall not be greater than the highest limit of insurance for such coverage among all such policies.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_____
AUTHORIZED REPRESENTATIVE

© All rights reserved.

MNSCPT                          *END 8*

**ENDORSEMENT# 9**

This endorsement, effective *12:01 am     July 1, 2014*                forms a part of
policy number  *01-357-60-23*
issued to    *INDIAN RIVER, SCHOOL DISTRICT OF*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

### NOTICE PROVISION AMENDATORY ENDORSEMENT

In consideration of the premium charged, it is hereby understood and agreed that in Clause
7. **NOTICE / CLAIM REPORTING PROVISIONS** , the first clause of Subparagraph (b)(1),
before Subparagraph b(1)(a), is deleted in its entirety and replaced with the following:

> (1)    before coverage  will apply, notice  in writing of a  **Claim** made against  an
> **Insured** must be  given to the  **Insurer** as soon  as practicable  after notice of
> such **Claim**  is reported to  any  personnel in  the **Insured's** office  of  the (i)
> Superintendent, (ii) General Counsel or (iii) Risk Manager (or equivalent
> positions), but in all events no later than:

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_____
AUTHORIZED REPRESENTATIVE

© All rights reserved.

MNSCPT                              *END 9*

ENDORSEMENT# *10*

This endorsement, effective *12:01 am*     *July 1, 2014*              forms a part of
policy number   *01-357-60-23*
issued to *INDIAN RIVER, SCHOOL DISTRICT OF*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

## FRONT/BACK PAY COINSURANCE ENDORSEMENT

This endorsement modifies insurance provided under the following:

**School Leaders Risk Protector ®**

In consideration of the premium charged, it is hereby understood and agreed that the **School Entity** shall, in excess of the applicable Retention amount set forth in the Declarations, bear uninsured at its own risk and pay the **Coinsurance Percentage** proportion of any **Damages** under Clause 2., paragraph (e), subparagraph (2) ("**Front/Back Pay**"). The **Coinsurance Percentage** to be applied shall be the percentage set forth as such below. The **Insurer's** liability with respect to any **Front/Back Pay** shall only apply to the remaining percentage of such **Front/Back Pay**. The **Insurer** shall have no obligation to pay **Front/Back Pay** to the extent that the **School Entity** does not pay the applicable **Coinsurance Percentage**. Payments of the **Coinsurance Percentage** shall not be subject to and does not reduce the **Policy Damages Limit of Liability**.

   **Coinsurance Percentage**: 50% of **Front/Back Pay**.


   ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.


_____
                    AUTHORIZED REPRESENTATIVE

⊚ All rights reserved.
*END 010*

111161 (6/12)                    Page 1 of 1

ENDORSEMENT# *11*

This endorsement, effective *12:01 am      July 1, 2014*                 forms a part of
policy number   *01-357-60-23*
issued to *INDIAN RIVER, SCHOOL DISTRICT OF*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

## IEP HEARING PREVAILING PARTY FEES COINSURANCE ENDORSEMENT

This endorsement modifies insurance provided under the following:

**School Leaders Risk Protector ®**

In consideration of the premium charged, it is hereby understood and agreed that, with respect to any **Claim** that is an **IEP Hearing,** the **School Entity** shall, in excess of the applicable Retention amount set forth in the Declarations, bear uninsured at its own risk and pay the **Coinsurance Percentage** proportion of any otherwise covered prevailing party fees that are **Damages** under Clause 2., paragraph (e), subparagraph (5) ("**IEP Hearing Prevailing Party Fees**"). The **Coinsurance Percentage** to be applied shall be the percentage set forth as such below. The **Insurer's** liability with respect to any **IEP Hearing Prevailing Party Fees** shall only apply to the remaining percentage of such **IEP Hearing Prevailing Party Fees**. The **Insurer** shall have no obligation to pay **IEP Hearing Prevailing Party Fees** to the extent that the **School Entity** does not pay the applicable **Coinsurance Percentage**. Payments of the **Coinsurance Percentage** shall not be subject to and does not reduce the **Policy Damages Limit of Liability**.

   **Coinsurance Percentage: 50% of IEP Hearing Prevailing Party Fees.**

   ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

AUTHORIZED REPRESENTATIVE

© All rights reserved.
*END 011*

111163 (5/12)                    Page 1 of 1

ENDORSEMENT# *12*

This endorsement, effective *12:01 am    July 1, 2014*                    forms a part of
policy number  *01-357-60-23*
issued to *INDIAN RIVER, SCHOOL DISTRICT OF*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

FORMS INDEX ENDORSEMENT

The contents of the Policy is comprised of the following forms:

| FORM NUMBER | EDITION DATE | FORM TITLE |
|---|---|---|
| 96924 | 04/12 | ADMITTED DEC |
| 81285 | 01/03 | TRIA DEC DISCLOSURE FORM |
| 74825 | 01/13 | FLORIDA ADDENDUM TO DECLARATIONS |
| 96927 | 12/07 | ADMITTED GUTS |
| 89644 | 06/13 | ECONOMIC SANCTIONS ENDORSEMENT |
| 97601 | 03/08 | FLORIDA AMENDATORY ENDORSEMENT |
| 76105 | 05/10 | FLORIDA CANCELLATION/NONRENEWAL ENDORSEMENT |
| 96745 | 12/07 | CORPORAL PUNISHMENT ENDORSEMENT |
| 100526 | 10/08 | CHOICE OF COUNSEL ENDORSEMENT |
| 99758 | 08/08 | NOTICE OF CLAIM (REPORTING BY E-MAIL) |
| 101036 | 04/09 | CANCELLATION AMENDATORY (RETURN PRO RATA) |
| MNSCPT | | CRISISFUND COVERAGE ENDORSEMENT |
| MNSCPT | | NOTICE PROVISION AMENDATORY ENDORSEMENT |
| 111161 | 06/12 | FRONT-BACK PAY COINSURANCE ENDORSEMENT |
| 111163 | 05/12 | IEP HEARING PREVAILING PARTY FEES COINSURANCE ENDORSEMENT |
| 78859 | 10/01 | FORMS INDEX ENDORSEMENT |

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

AUTHORIZED REPRESENTATIVE

*END 012*

AIG

## CLAIM REPORTING FORM

Issuing Company: *National Union Fire Insurance Company of Pittsburgh, Pa.*

Reported under Policy/Bond Number: *01·357·60·23*     Date: _____

Type of Coverage: D&O _____ E&O _____ Fidelity _____ (complete the Fidelity Supplemental on the next page)

Insured's Name, as given on Policy Declarations (Face Page):

*INDIAN RIVER, SCHOOL DISTRICT OF* _____

_____

_____

Contact Person: _____

Title: _____

Phone: _(_____)_____-_____Ext_____

eMail: _____ @ _____

Case or Claimant Name: _____

_____

If the party involved is different from "Insured" Name (as given on Policy Declarations) state relationship:

_____

Insurance Broker/Agent: *EMPLOYERS MUTUAL, INC.*

Address: *700 SE CENTRAL PKWY, STUART, FL 34994·3967*

Address:_____

Contact: *REGINA LUCENTE* _____ Phone:_____

eMail: *Regina.Lucente@emi·tpa.com*

Send Notice of Claims to:     AIG            Phone: (888) 602-5246
                             Financial Lines Claims   Fax:   (866) 227-1750
                             P.O. Box 25947    Email: c-Claim@AIG.com
                             Shawnee Mission, KS 66225

AIG

## CLAIM REPORTING FORM
## FIDELITY SUPPLEMENTAL
**(Only complete this supplemental if the Claim is being reported under Fidelity Coverage)**

Issuing Company: *National Union Fire Insurance Company of Pittsburgh, Pa.*

Reported under Policy/Bond Number:  *01-357-60-23*

Date of Discovery: —————————————   Estimated Amount of loss: —————— ——————

Cause of Loss:   Employee Dishonesty   ————     Computer Fraud   ————

Funds Transfer   ————     Robbery/Burglary   ————

ID Theft   ————     Forgery   ————

Client Property   ————     In Transit   ————

ERISA   ————     Credit Card Forgery   ————

Other   ————     if Other, describe:  ————————————

Send Notice Of Claims To:   AIG
Financial Lines Claims
P.O. Box 25947
Shawnee Mission, KS 66225

Phone:  (888) 602-5246
Fax:    (866) 227-1750
Email:  c-Claim@AIG.com

*centralized Customer Link and Information Management*



Financial Lines Claims
175 Water Street
New York, NY 10038
www.aig.com

Agnieszka Jannace
Claim Analyst
Errors & Omissions
T 212 458 9949
Agnieszka.Jannace@aig.com

Correspondence Address:
AIG
Financial Lines Claims
P.O. Box 25947
Shawnee Mission, KS 66225

February 5, 2013


VIA EMAIL: Denise.Roberts@indianriverschools.org


Denise Roberts
Office of Risk Management
Indian River, School District
1990 25th Street
Vero Beach, FL 32960

|  |  |
|---|---|
| **Insured**: | INDIAN RIVER, SCHOOL DISTRICT |
| **Policy No.**: | 02-581-63-88 |
| **Claimant**: | Jill Price |
| **File No.**: | 550-107461 |

Dear Ms. Roberts,

**Chartis Claims Inc. ("CCI")** is the authorized representative of **National Union Fire Insurance Company of Pittsburgh, PA** ("the Company" or "National Union") which issued policy no. **02-581-63-88** to Indian River, School District. Please be advised that I am the adjuster handling this matter and all future correspondence should be directed to my attention. The purpose of this letter is to provide a coverage opinion for the subject claim.

We value you as a customer and appreciate your business; however, we must inform you that there is *no coverage* under the policy captioned above for the claim presented as more fully discussed below. After you have reviewed the letter, if there is additional information you would like me to consider please forward me same.

In considering your request for coverage, we have carefully reviewed the insurance policy referenced above, as well as the allegations asserted. No other policies were considered. If you assert a right to coverage under another policy, please submit notice pursuant to the notice provisions contained in that policy.

Review of the available information indicates that on February 22, 2011 the Insured School District received a Notice of Charge of Discrimination filed by Jill Price, a former employee at the Insured School District. Claimant filed a charge of discrimination with the Equal Employment Opportunity Commission on February 17, 2011. According to the charge, Claimant was an Employee Wellness Coordinator with the Insured School District since 2008 and was subjected to sexual harassment by the Director of Risk Management and Employee Benefits Gerard



PLAINTIFF'S EXHIBIT

NO. B



Koziel.  On December 13, 2010, Claimant submitted her written complaint to the Superintendent regarding the sexual harassment.  Claimant asserts that she was subjected to retaliation for submitting her written complaint.  Claimant alleges that this treatment and retaliation was based on her sex and a violation of Title VII of the Civil Rights Act.

**COVERAGE EVAUATION**

A file has been established under your School Leaders Risk Protector policy issued to Indian River, School District, policy number 02-581-63-88 effective July 1, 2012 to July 1, 2013. This policy has limits of liability of $1,000,000 in the aggregate and a deductible of $25,000 for each Employment Practices Violation. Relevant policy provisions are referenced below; please refer to the policy for its complete terms and conditions.

I would like to first direct your attention to the "INSURING AGREEMENTS" Section of your policy, which states in part:

### 1.  INSURING AGREEMENTS

With respect to Coverages A and B, solely with respect to any Claim first made against an Insured during the Policy Period or any applicable Extended Reporting Period and reported to the Insurer pursuant to the terms of this policy, including, but not limited to, the terms  described in Clause 7(b)(1), and subject to the other terms, conditions and limitations of this policy, this policy affords the following coverage.

Next, I direct your attention to Section 2. "DEFINITIONS," which states, in part:

(c)  Claim means:
  (1)  a written or oral demand for money, services, non-monetary relief or injunctive relief;
  (2)  an administrative proceeding that is not defined as a Suit; or
  (3)  a suit

(cc)  Policy Period means the period from the effective date of this policy to the expiration date or earlier cancellation date of this policy.

(mm)  Suit means:
  (1)  a civil proceeding for monetary, non-monetary or injunctive relief that is commenced by service of a complaint or similar pleading;



(2)     an arbitration proceeding in which Damages are
        alleged and to which an Insured must submit or does
        submit with the Insurer's prior written consent;

(3)     an EEOC Proceeding; or

(4)     an IEP Hearing.

In no even shall "Suit" include any labor or grievance
proceeding which is subject to a collective bargaining
agreement.

**Based on the foregoing policy language, we regret to inform you that there is no coverage for this matter under the School Leaders Risk Protector policy of insurance as a claim was reported to the Company prior to the policy's inception (July 1, 2012)**.  Here, this matter arises from allegations made in an EEOC charge filed on February 17, 2011 and received by the Insured School District on February 22, 2011.  Based on the foregoing, this matter meets the definition of claim as defined by the policy.  This matter was first reported to the Company on December 19, 2012.  Pursuant to the Insuring Agreement and definitions referenced above, coverage will not be provided under this policy.  Based on the above, the Insurer respectfully disclaims coverage for this matter, and will neither provide a defense for this claim, nor will the Insurer indemnify the Insured in the event of an adverse judgment, settlement or award.

In the event and to the extent that there is a settlement, finding by judgment, final adjudication or adverse admission that any of the allegations against the Insured arise out of the exclusions or definitions listed above, coverage for the claim would be precluded by virtue of the respective exclusions and definitions.

In light of the foregoing and for such other good and sufficient reason as may hereinafter appear Chartis Claims, Inc., on behalf of the Company, hereby expressly denies coverage in the matter in its entirety. We will, therefore, not be assigning defense counsel to represent the Insured, nor will we be indemnifying the Insured in the event of any adverse judgment or award.

This denial of coverage is based upon the information obtained to date. This letter is not, and should not be construed as, a waiver of any terms, conditions, exclusions or other provisions of the Policy, or any other policies of insurance issued by the Company or any of its affiliates. The Company expressly reserves all of its rights under the Policy, including the right to assert additional defenses to any claims for coverage, if subsequent information indicates that such action is warranted.

Should you have any additional information that you feel would either cause us to review our position or would assist us in our investigation or determination, we ask that you advise us as soon as possible. If you wish to have your own personal counsel become involved in this matter, at your own expense, please feel free to do so, and we will cooperate fully with such counsel. If you have any other insurance



policies, which may respond to this claim asserted, you should notify that carrier immediately.

In closing, allow me to reiterate that we value you as a customer and encourage you to contact us should you have any questions or concerns regarding the contents of this letter.

Thank you,

/s/ *Agnieszka Jannace*
Agnieszka Jannace

cc:      Mary Sundeen (via email: msundeen@ascensionins.com )
         Ascension Benefits & Insurance Solutions of Florida